McAfee SafeKey remembers your passwords - so you don't have to.

**The New York Times**



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

May 18, 1986

# 2 INQUIRIES REVIEW ROLE OF S.I. PLANNING OFFICIAL

By SELWYN RAAB

A City Planning Commissioner is under investigation by Federal and city prosecutors for his role in helping two real-estate developers acquire multimillion-dollar projects on Staten Island that require approvals by municipal agencies, according to law-enforcement officials.

The commissioner, John P. Gulino, who is active in Democratic Party politics on Staten Island and is the borough's representative on the Planning Commission, represented the developers as a lawyer in real-estate acquisitions and court proceedings.

The City Charter prohibits municipal employees from working as a lawyer for an entity that has business dealings with the city. One of the projects under investigation is subject to review by the Planning Commission.

An official of the Department of Investigation, Peg Breen, said her agency had opened an investigation with the United States Attorney's office for the Eastern District into Mr. Gulino's ties to the developers. Representation in Court

The District Attorney of Staten Island, William L. Murphy, said he had begun an inquiry that "principally concerns" Mr. Gulino.

Mr. Gulino did not return telephone messages left for him at his office Friday. He has an unlisted home telephone number.

Last February, The New York Times reported that Mr. Gulino represented the developers - the Great Kill Corporation and the Staten Investors Group - in court proceedings in 1984 and last year.

At that time, Mr. Gulino said he saw no potential conflict of interest in his actions, because he had not appeared on behalf of the developers before any city agency, including the Planning Commission. He also said that if issues concerning the projects came before the Planning Commission, he would disqualify himself. Working With U.S. Prosecutors

The projects under scrutiny are a luxury town-house and marina development at Great Kills Harbor and an entertainment complex in Travis.

Miss Breen said the Investigation Department had recently begun working with Federal prosecutors, after learning that they, too, were looking into the transactions. The department has the authority to examine possible corruption or abuses in city agencies, but has no prosecutorial power.

When the department uncovers a possible criminal violation, it turns over its findings to city or Federal prosecutors.

Reena Raggi, the United States Attorney for the Eastern District, which includes Staten Island, confirmed that an inquiry was under way. She would not provide further details. Deeds of Dozen Purchases

Mr. Murphy said his office had subpoenaed records concerning the Staten Investors Group from the city's Public Development Corporation. "We began our investigation without the knowledge that anyone else was involved in this," Mr. Murphy said. The records are to be turned over to his office tomorrow.

Deeds filed with the County Clerk's office show that Mr. Gulino was the lawyer for at least a dozen land purchases by the Great Kill Development Corporation in 1984.

The corporation bought 45 acres of waterfront and inland property at Great Kills Harbor and has filed plans with the City Planning Department to build 65 condominium homes and a marina. Real-estate experts said the 45 acres had been bought at a minimum cost, of $5 million.

The redevelopment will require approval from the Planning Commission for landscaping changes. Along West Shore Expressway

In 1984 and last year, Mr. Gulino represented the Staten Investors Group, a partnership that is building a theater, bowling alley, retail shops and restaurant on 10 acres in Travis along the West Shore Expressway at Victory Boulevard.

To complete the development, Staten Investors in late 1983 and early 1984 negotiated with the Public Development Corporation for 2.3 acres of city land.

The land was valued at $250,000 by an independent appraiser retained by the city's development corporation, which seeks to promote industrial expansion and jobs in the city. At the request of the development corporation, the property was removed from public auction by the city, and, in March 1984, was sold to Staten Investors for $186,000.

Mr. Gulino did not represent Staten Investors in negotiations with the development corporation. However, he was the attorney for Staten Investors in obtaining property adjoining the city land for more than $1 million, according to city records. Named by Koch in '78

In 1984 and last year, he also represented the developer in a suit that led to the demapping of an unbuilt street next to the commercial site. Last year, a property owner whose street was eliminated by the demapping sued Staten Investors, charging that the demapping was illegal and could be enacted only by the Planning Commission.

Mr. Gulino, who is 40 years old, was appointed as the Staten Island representative on the Planning Commission by Mayor Koch in 1978. The part-time post

carries a salary of $21,000 a year.

Before his appointment, Mr. Gulino was in charge of legal affairs for the Democratic County Committee. Acccording to party workers, he is a close associate of the Staten Island Democratic leader, Nicholas LaPorte.

The head of the Great Kill Development Corporation, Michael Milea, and the principal owner of Staten Investors, Domenic Gatto, did not return telephone calls to their offices.