McAfee SafeKey remembers your passwords - so you don't have to.

# The New York Times

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »



July 4, 1986

## S.I. MEMBER OF PLANNING UNIT QUITS AMID INQUIRIES

By MICHAEL ORESKES

The Staten Island member of the City Planning Commission has resigned amid investigations into possible conflicts between his official duties and his private law practice.

The resignation of John P. Gulino, which was announced yesterday by the Koch administration, is the second resignation in less than a month by a member of the Planning Commission who was under investigation.

City, state and Federal investigators said the resignation of Mr. Gulino would not affect their inquiries into whether as a lawyer he improperly represented developers in projects that required approval by the Planning Commission or other city agencies.

Calls Not Returned

Mr. Gulino did not return calls yesterday to his offices at the Planning Commission or on Staten Island. His home phone number is unlisted.

In his letter of resignation to the Mayor, Mr. Gulino wrote, "I have decided that in order to devote adequate time to my professional commitments as well as to have greater freedom to spend time with my family, I will not serve out the balance of my current term." Mr. Gulino's eight-year term was to run through the end of 1988.

The letter made no mention of the investigations.

The effective date of Mr. Gulino's resignation was made Sept. 18, city officials said, because otherwise the seven-member Planning Commission would be reduced to only four members, the minimum number required for an action.

Asked if Mr. Gulino was in legal trouble, Mr. Koch replied, "I don't know, you'll have to ask him."

According to a mayoral adviser, the Koch administration put pressure on Mr. Gulino to resign, not because of any specific knowledge of wrongdoing on his part but because the continuing investigations made him a potential liability to the administration.

A close associate of the Staten Island Democratic leader, Nicholas LaPorte, Mr. Gulino was law chairman of the Staten Island Democratic Committee when he was appointed by Mayor Koch to the Planning Commission to fill an unexpired term in 1978.

"You have served for more than eight years with skill and energy," Mayor Koch said in a letter to Mr. Gulino accepting his resignation. "The commission and the city gained from the insights you brought as a resident and professional from Staten Island. In addition, you were an effective spokesman for the communities of that borough."

The Planning Commission is one of the city's most influential agencies, with broad responsibility for shaping the zoning rules that determine both the face of the city and the profits or losses of property owners.

The New York Times reported last February that Mr. Gulino, as a private attorney, represented two developers in acquiring property for multimillion-dollar projects on Staten Island that are subject to review by the commission or other city agencies. Mr. Gulino, who is 40 years old, said at the time that he saw no potential conflict because he had not appeared before any city agency.

One of the projects involved clearance for a luxury town house and marina in Great Kills Harbor. The other was a rezoning petition concerning a bowling alley and theater complex in Travis.

"We have a grand jury that's looking into land sales in Richmond County in which Mr. Gulino may have been involved as attorney," said David W. Lehr, chief assitant to the Staten Island District Attorney, William L. Murphy.

Bruce Fogarty, general counsel to teh New York City Department of Investigation, said the department was also continuing its joint investigation with the United States Attorney for the Eastern District of New York, which includes Staten Island.