

**THE PARTY LEADER**

Party Leader places "Top Crony" and other "Cronies" in the top level(s) of the Richmond County Judiciary and / or local Court Administration.

**STATEN ISLAND "TOP JUDGE"**

"Top Crony" directs other placed "Cronies" to fix cases, judicial appointments, contracts, etc., for the benefit of the Party Leader. A little "grease" ($$) never hurts.

The Party Leader's tribute ($$) comes from his attorney-viceroys under the cover of attorneys' fees and other remuneration.

Minor "Cronies" fix cases for the benefit of the Party Leader's attorney-viceroys on behalf of their clients ($$).

**ATTORNEY-VICEROY REPRESENTING DEVELOPERS AND LENDERS WITH FIXED CASES $$$$$**

**ATTORNEY-VICEROY-REALTOR RECEIVES LUCRATIVE COURT APPOINTMENT $$$$$**

**SELECT STATEN ISLAND JUDICIARY**

**PARTY LEADER'S POLITICAL ALLIES**



**THE ASSEMBLY LEADER**

Assembly Leader's "Crony" or "Cronies" are placed in the top level of the Judiciary and the NYS Office of Court Administration.



**NYS "TOP JUDGE"**

The Assembly Leader's tribute ($$) comes from his attorney-viceroys under the cover of attorneys' fees and other remuneration.

"Top Crony" directs other placed "Cronies" to fix cases, judicial appointments, contracts, etc., for the benefit of the Assembly Leader. A little "grease" ($$) never hurts.



**VICEROY AND ATTORNEY IN MULTI-MILLION DOLLAR MESOTHELIOMA CASES $$$$$**





**VICEROY AND ATTORNEY FOR BILLIONAIRE REAL ESTATE DEVELOPERS $$$$$**

Minor "Cronies" fix cases for the benefit of the Assembly Leader's attorney-viceroys on behalf of their clients ($$).



**MANHATTAN'S TOP ADMINISTRATIVE JUDGE**



**ASSEMBLY LEADER'S CHILDHOOD FRIEND**