# From the Desk of Lawrence E. Gilder

**By Federal Express**

EEOC New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

           **RE:   EEOC Complaint and Supporting Documents**

Dear Sir or Madam,

    Please find enclosed herewith an EEOC complaint as against John P. Gulino and the Democratic Committee of Richmond County. Gulino is the Chairman of the Democratic Committee of Richmond County as well as the Treasurer of the New York State Democratic Committee. Supporting materials are also attached.

    If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601. I await your call.

                                            Regards,

                                            Lawrence E. Gilder

CC:   File

---



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

**1. Personal Information**

Last Name: Gilder    First Name: Lawrence    MI: E
Street or Mailing Address: 1811 Victory Boulevard    Apt Or Unit #:
City: Staten Island    County: Richmond    State: NY    ZIP: 10314
Phone Numbers: Home: (718) 761-2735    Work: (718) 447-0003
Cell: (347) 796-7601    Email Address: bigsexyman50@gmail.com
Date of Birth: 2/15/1963    Sex: Male ☒ Female ☐    Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply.    ☒ American Indian or Alaska Native    ☐ Asian    ☐ White
☒ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? Africa, Cherokee Nation

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Richard A. Luthmann    Relationship: Attorney
Address: 1811 Victory Boulevard    City: Staten Island    State: NY    Zip Code: 10314
Home Phone: ( )    Other Phone: (718) 447-0003

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Democratic Committee of Richmond County, John P. Gulino, Chairman
Address: 35 Anthony J. Crecca Jr. Plaza    County: Richmond
City: Staten Island    State: NY    Zip: 10306    Phone: (718) 983-5009
Type of Business:    Job Location if different from Org. Address:
Human Resources Director or Owner Name: John P. Gulino    Phone: (718) 987-2000

**Number of Employees in the Organization at All Locations:** Please Check (√) One

☒ Fewer Than 15    ☐ 15 - 100    ☐ 101 - 200    ☐ 201 - 500    ☐ More than 500

**3. Your Employment Data** (Complete as many items as you can)    **Are you a Federal Employee?** ☐ Yes ☐ No

Date Hired:    Job Title At Hire:
Pay Rate When Hired:    Last or Current Pay Rate:
Job Title at Time of Alleged Discrimination:    Date Quit/Discharged:
Name and Title of Immediate Supervisor:

2

**If Job Applicant,** Date You Applied for Job January 14, 2015    Job Title Applied For United States Representative

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☒ Race   ☐ Sex   ☐ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☐ Retaliation   ☐ Pregnancy   ☒ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: Gulino is Sicilian

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: 1/14/2015 - 2/11/2015   Action: Repeated Requests for Interview for the chance at the job of United States Representative

Name and Title of Person(s) Responsible: John P. Gulino

B) Date: 2/26/2015   Action: Gulino selects choice for job of United States Representative without giving interview

Name and Title of Person(s) Responsible: John P. Gulino

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

Upon information and belief, Michael McMahon, Michael Cusick, Laurie Honor, Robert Holst, Bill Colton, Vincent Gentile - all persons of white European descent - had official interviews with Gulino for the chance at the job. Upon information and belief, Gulino also had an interview with an Sri Lankan person after February 11. Gulino said he would interview all people interested.

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

Neither Gulino nor the Democratic Committee of Richmond County responded to Mr. Gilder's repeated requests for an interview for the job. No reason was given. Mr. Gilder believes that his human rights have been violated and believes that his dignity must be restored. Mr. Gilder believes that Gulino and the Democratic Committee of Richmond County engaged in invidious discrimination.

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Vincent Gentile | White Descendant of European Immigrants | Job Candidate |

Description of Treatment  Vincent Gentile received an interview from Gulino and is now a candidate for the job.

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Robert J. Holst | White Descendant of European Immigrants | Job Candidate Interviewee |

Description of Treatment  Robert J. Holst received an interview from Gulino for the job.

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| NO PERSON | who is a White Descendant of European Immigrants | |

Description of Treatment  They had an interview with Gulino for a shot at the job.

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| ALL PERSONS | who have African-American ancestry | |

Description of Treatment  None had an interview with Gulino for a shot at the job.

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| ALL PERSONS | who have Native American ancestry | |

Description of Treatment  None had an interview with Gulino for a shot at the job.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9.  Please check all that apply:
    - ☐ Yes, I have a disability
    - ☐ I do not have a disability now but I did have one
    - ☒ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).


**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**

Yes ☐    No ☐

If "Yes," what medication, medical equipment or other assistance do you use?


**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**

Yes ☐    No ☐

If "YES", when did you ask? _____    How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)


Describe the changes or assistance that you asked for:


How did your employer respond to your request?

4

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Rachel Shapiro | Reporter, Staten Island Advance | 718-981-1234 rshapiro@siadvance.com |

**What do you believe this person will tell us?**

Information related to Gulino's public statement that he will interview all interested persons for a shot at the job.

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Tom Feeney, Jr. | Clerk / Executive Assitant | 718-983-5009 |

**What do you believe this person will tell us?**

He can confirm the fax transmission report, that the faxes were received by the Democratic Committee of Richmond County, as the clerical activities of answering phones, taking messages, opening mail and collecting faxe are in his perview as an execuitve assistant.

**14. Have you filed a charge previously in this matter with EEOC or another agency?**   Yes ☐   No ☒

**15. If you have filed a complaint with another agency, provide name of agency and date of filing:**

**16. Have you sought help about this situation from a union, an attorney, or any other source?**   Yes ☒   No ☐

Provide name of organization, name of person you spoke with and date of contact. Results, if any?

I consulted with several attorneys. However, I wish to proceed with the EEOC process at this time. I feel the EEOC process will help to restore my dignity and vindicate my human rights.

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

Box 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

*Lawrence E. Gilder*  
**Signature**

March 10, 2015  
**Today's Date**

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (9/20/08).
2. **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. **ROUTINE USES.** EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

[Print Form]

# From the Desk of Lawrence E. Gilder

**By Certified U.S. Mail and Facsimile Transmission**

January 30, 2015

Hon. John P. Gulino
Democratic Party Leader – Richmond County
35 Anthony J. Crecca Junior Plaza
Staten Island, NY 10306
Fax: 718 983 5541

> RE: Open Congressional Seat Interview Process
> Second Request for Interview

Dear Party Leader Gulino,

As you know, I am the Chairman of the Democratic Committee of Richmond County, Inc. (the "Committee") but I write you this letter in my personal capacity.

In the public record on January 12, 2015, you stated that you would interview each individual expressing interest in running for the open Congressional seat left vacant by Mr. Grimm's resignation. You stated: "I'm old fashioned in a lot of ways, that people who are interested you must interview them and see what they have to say." A copy of the Staten Island Advance's SILive.com report is enclosed herewith to refresh your recollection.

On January 15, 2015, I sent by certified mail and facsimile a letter expressing my interest in the NY-11 Congressional Seat. I said, "We both can meet at my favorite restaurant in New Dorp, La Strada, and eat some Sicilian food and break bread while we discuss my vision for the 11th Congressional District, one you obviously have never considered."

To date, you have not responded to my letter. I am saddened that you have not honored your stated promise to interview each individual expressing interest in running for the open Congressional seat. I wonder whether your failure to live up to stated promises is yet another "Gulino Practice" that blurs the line between the Business of Politics and the Politics of Business.

Too many past Democratic Candidates have been all together ignored, or what is worse, burnt when the campaign contributions by friends, family, community and loyal democrats end up in the pockets of select lobbyists and political consultants. And why wouldn't they? To actually support a viable Democratic candidate on Staten Island would go against all of the back room political deals that you have made to build your judicial bench at the expense of the people of Staten Island and the members of the Democratic

---

Party – the true "Gulino Practice."

Mr. Gulino, as I write this letter, it has been 27 days since we have had representation in the U.S. House of Representatives. You are the State Treasurer for the Democratic Party and presumably have some sway with Governor Cuomo and his calling of a Special Election. Staten Island needs a Representative in Congress sooner rather than later. And as such, if nothing further is done, I will be conferring with my legal team to compel the calling of a Special Election by court action.

Moreover, the Democratic Party needs to select a viable candidate sooner rather than never. Therefore, I again respectfully request an interview with you as an individual who has expressed interest in running for the vacant NY-11 Congressional Seat.

If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601.

Regards,

*Lawrence Gilder*

Lawrence E. Gilder

CC:  File
     Staten Island Advance

Encl: SILive.com Article from January 12, 2015

1/30/2015 With Michael Cusick as front-runner, Democrats will interview others, vote on candidates



# With Michael Cusick as front-runner, Democrats will interview others, vote on candidates

Cusick11.jpg
Assemblyman Michael Cusick is a Democratic front-runner who has not officially declared his candidacy. (Advance file photo)
**Rachel Shapiro | rshapiro@siadvance.com** By **Rachel Shapiro | rshapiro@siadvance.com**
**Email the author | Follow on Twitter**
on January 12, 2015 at 5:36 PM

STATEN ISLAND, N.Y. -- While Staten Island Republicans quickly decided on **District Attorney Daniel Donovan** as their candidate to run for the empty seat in Congress, Democrats seem to have a way to go before they settle on a pick.

Staten Island Democratic Chair John Gulino said Monday he will interview each individual expressing interest in running -- between five and seven people -- and once there have been official declarations of candidacy, there will be a party convention to choose the candidate.

"I'm old fashioned in a lot of ways, that people who are interested you must interview them and see what they have to say," he said.

Party sources have said Assemblyman Michael Cusick (D-Mid-Island) is the front-runner but Gulino would not comment on that, saying all those interested will be given an opportunity to interview and put their best foot forward.

"Mike Cusick is a gentleman, he's very well-liked ... he would make an excellent candidate," the party chairman said.

He said he has spoken to Cusick and former Congressman Michael McMahon about possible candidacies. He said he also has spoken to or has plans to speak to Brooklyn Assemblyman William Colton, Brooklyn Councilman Vincent Gentile, and Staten Islander Robert Holst, co-founder of the Middle Class Action Project.

He said there are one or two other unnamed people who expressed interest.

"We're going to do something on or before the end of the month," to narrow down the list to serious candidates, he said.

After the Island Democrats select their candidate, Gulino will meet with Brooklyn Democratic Chairman Frank

Seddio to discuss who the nominee will be for the bi-borough race.

"We have always been on the same page when selecting a candidate," Gulino said.

Cusick, still mulling a run, said, "We're working together, we're working and discussing everything with the leaders of the party and the rank and file members of the party to make sure that everyone has a say and that we do this right."

The assemblyman has spoken to the Democratic Congressional Campaign Committee, and while they are itching to get him to Washington, D.C., for a meeting, busy legislative sessions in Albany may prevent that, he said.

"As of right now, it's just been the initial call that they have seen my name and they'd like to talk about the race just in general terms," he said.

© 2015 SILive.com. All rights reserved.

# From the Desk of Lawrence E. Gilder

**By Facsimile Transmission**

February 11, 2015

Hon. John P. Gulino
Democratic Party Leader – Richmond County
35 Anthony J. Crecca Junior Plaza
Staten Island, NY 10306
Fax: 718 983 5541

        **RE:   Tonight's Executive Committee Meeting**

Dear Party Leader Gulino,

     As you know, I have made repeated requests to be interviewed by you to be considered for the Democratic Party designation as candidate for the open NY-11 Congressional Seat.

     In the public record on January 12, 2015, you stated to the Staten Island Advance that you would interview each individual expressing interest in running for the open Congressional seat left vacant by Mr. Grimm's resignation. You stated: "I'm old fashioned in a lot of ways, that people who are interested you must interview them and see what they have to say."

     To date, you have not offered me an interview. I also note that you have selected five Caucasian persons to make presentations to the Democratic Party's Executive Committee. There are no persons of color, and it appears that you have not interviewed any persons of color – even though the communities of color would presumably be galvanized to defeat presumptive Republican nominee Dan Donovan in the wake of the Eric Garner grand jury decision.

     It has been 37 days that we have been without representation in Washington. I believe that there should be no taxation without representation. But your recent actions can only lead to the conclusion that you do not want Staten Island to have representation any time soon, and when the election does take place, you have all but ensured that a Democrat not be elected.

     Mr. Gulino, why won't you interview me? Why won't you interview persons of color? Why won't you hear the views of the minority community on Staten Island? If you will not be our leader, maybe it is time to find a real leader – whether in the Democratic Party or someplace else.

     So, I leave it to you Mr. Gulino. What time should I be available to speak with the Executive Committee tonight? Will you continue to ignore me and appear biased? Will you flat out reject me and confirm you are not a man of your word? Or will you be a man

---

and tolerate someone who is not a member of the "Raccoon Lodge" that you have turned the Democratic Party on Staten Island into during your tenure as Party Leader.

If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601. I await your call.

Regards,

*Lawrence E. Gilder*

Lawrence E. Gilder

CC: File
Staten Island Advance

---

 

**Detailed activity**  Client Services

## Activity for ((347) 252-0254)
### 01/12/2015 to 02/13/2015

| Fax number | Route to info | Fax time | Fax duration | # pages | Attempts | Fax status |
|---|---|---|---|---|---|---|
| ~~~~~~~ | ~~~~~~~ | 01/12/2015 01:48:13 PM | .6 | 3 | 1 | Success |
| ~~~~~~~ | ~~~~~~~ | 01/13/2015 06:53:58 AM | .6 | 3 | 1 | Success |
| ~~~~~~~ | ~~~~~~~ | 01/13/2015 07:35:55 AM | .8 | 3 | 1 | Success |
| ~~~~~~~ | ~~~~~~~ | 01/13/2015 07:37:04 AM | 1.5 | 3 | 1 | Success |
| ~~~~~~~ | | 01/14/2015 12:05:41 PM | 1.4 | 6 | 1 | Success |
| 7189835541 | | 01/15/2015 02:00:52 PM | .8 | 2 | 1 | Success |

Documents delivered:
#1 - 1-15-2015 Letter to Gulino.pdf

| | | 01/16/2015 11:37:14 AM | 21 | 88 | 1 | Success |
| | | 01/16/2015 11:41:05 AM | 7.7 | 5 | 1 | Success |
| | | 01/19/2015 09:49:38 AM | .4 | 1 | 1 | Success |
| | | 01/19/2015 01:55:22 PM | 1 | 5 | 1 | Success |

Documents delivered:
#1 - holbert fax.pdf

Documents delivered:

#1 - Validation Letter.pdf

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~██████~~ ~~Allied National~~ | 01/30/2015 12:44:10 PM | 1.5 | 5 | 1 | Success |

Documents delivered:
~~#1 - Validation Letter.pdf~~

**7189835541**　　John Gulino　　01/30/2015 01:25:56 PM　　1.2　　4　　1　　Success

Documents delivered:
#1 - CCF01302015.pdf

~~██████~~　　01/31/2015 02:43:51 PM　　2　　13　　1　　Success

Documents delivered:
~~#1 - ██████~~

Page: **1** 2 3




**Detailed activity**

Client Services

## Activity for ((347) 252-0254)
### 01/12/2015 to 02/13/2015

| Fax number | Route to info | Fax time | Fax duration | # pages | Attempts | Fax status |
|---|---|---|---|---|---|---|
| ~~███████~~ | ~~███~~ | 02/10/2015 11:57:31 AM | 1.7 | 5 | 1 | Success |
| ~~███████~~ | ~~███~~ | 02/10/2015 02:18:08 PM | 5.2 | 15 | 1 | Success |
| ~~███████~~ | ~~███~~ | 02/10/2015 02:19:28 PM | 3.3 | 15 | 3 | Success |
| ~~███████~~ | ~~███~~ | 02/10/2015 02:20:05 PM | 2.7 | 15 | 1 | Success |
| ~~███████~~ | ~~███~~ | 02/10/2015 02:20:42 PM | 2.4 | 15 | 1 | Success |
| 7189835541 | | 02/11/2015 08:50:14 AM | .7 | 2 | 1 | Success |

Documents delivered:
  #1 - 2-11-2015 Letter to Gulino.pdf

Page: 1 2 3