# DEMOCRATIC COMMITTEE OF RICHMOND COUNTY INC.

**By Certified U.S. Mail and Facsimile Transmission**

January 5, 2015

Hon. John P. Gulino
Democratic Party Leader – Richmond County
35 Anthony J. Crecca Junior Plaza
Staten Island, NY 10306
Fax: 718 983 5541

        RE:    Your Keynote Remarks at the South Shore Democratic Club's Sparkle of Winter Gala

Dear Party Leader Gulino,

    As you know, I am the Chairman of the above-referenced Democratic Committee of Richmond County, Inc. (the "Committee"). On behalf of myself and other members of the Committee, I found your Keynote Remarks at the South Shore Democratic Club's Sparkle of Winter Gala to be insensitive. In your attempt at calling for unity in the Richmond County Democratic Party, you for the room of "the descendants of European immigrants" to come together. As a person of African American and Cherokee descent, I found the statements myopic. The statements call into serious question your vision of inclusiveness and diversity. I am neither an immigrant nor a European descendant, but my Black and Native American Heritage is very important to me as are the heritages of other persons – both European and Non-European. I believe that it takes all kinds of people to move our community forward. I invite you to reconsider and/or clarify your position.

    If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601.

Regards,

*Lawrence E. Gilder*
Lawrence E. Gilder, Chairman

CC:    File
          Staten Island Advance

---

1811 Victory Boulevard, Staten Island, NY 10314
www.richmondcountydems.com