# DEMOCRATIC COMMITTEE OF RICHMOND COUNTY INC.

**By Certified U.S. Mail and Email**

January 5, 2015

Hon. Scott M. Stringer
Comptroller of the City of New York
1 Centre Street, 5th Floor
New York, NY 10007-2341
comptroller@comptroller.nyc.gov

                **RE:    Your Staten Island Representative Kevin Elkins' Defamatory and Harmful Remarks**

Dear Comptroller Stringer,

      As you know, I am the Chairman of the above-referenced Democratic Committee of Richmond County, Inc. (the "Committee"). In my personal capacity, I am an employee of the Luthmann Law Firm, PLLC. I write this letter as a follow-up to our conversation yesterday about the alarming actions of your Staten Island representative Kevin Elkins ("Mr. Elkins").

      On December 11, 2014, at DaNoi Restaurant in Staten Island, New York, I attended the "All-Dems Holiday Party" where Mr. Elkins was your official representative. He was introduced as a representative of the Comptroller's Office and he officially addressed the crowd as your representative.

      During the course of the evening, Mr. Elkins spoke with several individuals inquiring about their relationship with my employer, Mr. Luthmann. Mr. Elkins made derogatory statements against Mr. Luthmann in a professional capacity while acting as a representative of your office. Mr. Elkins said that Mr. Luthmann was an unreliable attorney. His exact words were "like a switch, on and off." Mr. Elkins also said that he could provide another attorney instead of Mr. Luthmann.

---

1811 Victory Boulevard, Staten Island, NY 10314
www.richmondcountydems.com

I am truly dismayed that Mr. Elkins would make such baseless, slanderous, harmful and tortuous remarks as against anyone, especially against my employer, Mr. Luthmann. I depend upon his success for my livelihood. But what is more, I am dismayed that he made these remarks as a representative of your office at an event while acting as your announced representative and presumably as part of his public duties with your office.

I would like to be assured that Mr. Elkins will not defame and slander members of the community while acting in his official capacity for your offices. Such actions may rise to the level that the Department of Investigations and/or the Conflicts of Interest Board are required to intervene. I write this letter to you before approaching other City Agencies because I respect you and your office and hope that we can work together for the betterment of mankind.

If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601.

Regards,

Lawrence E. Gilder, Chairman

CC:   File