# DEMOCRATIC COMMITTEE OF RICHMOND COUNTY INC.

**By Certified U.S. Mail and Facsimile Transmission**

January 2, 2015

Hon. John P. Gulino
Democratic Party Leader – Richmond County
35 Anthony J. Crecca Junior Plaza
Staten Island, NY 10306

RE: Black, Latino and Asian Caucus Committee
Democratic Committee of Richmond County, Inc.

Dear Party Leader Gulino,

As you know, I am the Chairman of the above-referenced Democratic Committee of Richmond County, Inc. (the "Committee"). Insofar as the Richmond County Democratic Party Organization (the "Party") performs little to no noticeable outreach to the Black, Latino and Asian communities in Staten Island, and our organization is engaged in outreach to these communities in furtherance of our mission of education and fellowship, the Committee would be more than willing to make the views of the Black, Latino and Asian communities known to the Party and to any prospective Congressional Candidates in the seat to be vacated by the presumptive resignation of Rep. Michael Grimm on January 5, 2015.

The Committee would be more than happy to educate you, the Party and any prospective candidates about the broader community on Staten Island through our Black, Latino and Asian Caucus Committee headed by the Committee's Vice Chair Robert J. Castro. I believe that you and Mr. Castro have worked together in the past. His phone number is 347-680-0810. If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601.

Regards,

Lawrence E. Gilder, Chairman

CC: File
Staten Island Advance

1811 Victory Boulevard, Staten Island, NY 10314
www.richmondcountydems.com