# From the Desk of Lawrence E. Gilder

**By Certified U.S. Mail and Facsimile Transmission**

January 14, 2015

Hon. John P. Gulino
Democratic Party Leader – Richmond County
35 Anthony J. Crecca Junior Plaza
Staten Island, NY 10306
Fax: 718 983 5541

        RE:    Open Congressional Seat Interview Process
                  Request for Interview

Dear Party Leader Gulino,

    As you know, I am the Chairman of the Democratic Committee of Richmond County, Inc. (the "Committee") but I write you this letter in my personal capacity.

    Frankly, Mr. Gulino, your track record of your system for choosing candidates is a failed system by any measure. A new total approach must be taken whereby candidates can receive a meaningful commitment and solid support from the local Democratic Party organization. You wonder why you can't find good candidates – the answer is simple. You don't want to find good candidates and you don't want to groom potential candidates in the same way the Republican Party has for the last thirty years on Staten Island. You have not used your Party Leader position to build a political "bench" because you have been too busy building a judicial bench over which you can exert your influence. I would like to fix the judicial system as well, but not the way you do. I want to fix the judicial system from the grassroots up and not case by case.

    Additionally, I noted the names that you were interviewing for a potential Congressional run. There are no women. There are no persons of color. Even the NFL has the "Rooney Rule" so the owners can feign to have interviewed qualified persons who are not "descendants of European immigrants" – or whoever you believe the local Democratic Party to be comprised of under your leadership. I am Black and Native American, and as such I am appalled by your process.

    So, Party Leader Gulino, let this letter serve as my notice to you of my intention to seek the candidacy of the Democratic Party for the Congressional Seat left vacant by the resignation of Mr. Michael Grimm. I would like to have an interview with you. I have time on this Friday, January 16, 2015, in the afternoon. We both can meet at my favorite

---

1811 Victory Boulevard, Staten Island, NY 10314
www.richmondcountydems.com

restaurant in New Dorp, La Strada, and eat some Sicilian food and break bread while we discuss my vision for the 11th Congressional District, one you obviously have never considered. I also have other times available, but none on Monday, January 19, 2015, out of respect for Dr. King.

If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601.

Regards,

*Lawrence E. Gilder*

Lawrence E. Gilder

CC:   File