# From the Desk of Lawrence E. Gilder

**By Certified U.S. Mail and Facsimile Transmission**

January 30, 2015

Hon. John P. Gulino
Democratic Party Leader – Richmond County
35 Anthony J. Crecca Junior Plaza
Staten Island, NY 10306
Fax: 718 983 5541

        RE:    Open Congressional Seat Interview Process
                  Second Request for Interview

Dear Party Leader Gulino,

      As you know, I am the Chairman of the Democratic Committee of Richmond County, Inc. (the "Committee") but I write you this letter in my personal capacity.

      In the public record on January 12, 2015, you stated that you would interview each individual expressing interest in running for the open Congressional seat left vacant by Mr. Grimm's resignation. You stated: "I'm old fashioned in a lot of ways, that people who are interested you must interview them and see what they have to say." A copy of the Staten Island Advance's SILive.com report is enclosed herewith to refresh your recollection.

      On January 15, 2015, I sent by certified mail and facsimile a letter expressing my interest in the NY-11 Congressional Seat. I said, "We both can meet at my favorite restaurant in New Dorp, La Strada, and eat some Sicilian food and break bread while we discuss my vision for the 11th Congressional District, one you obviously have never considered."

      To date, you have not responded to my letter. I am saddened that you have not honored your stated promise to interview each individual expressing interest in running for the open Congressional seat. I wonder whether your failure to live up to stated promises is yet another "Gulino Practice" that blurs the line between the Business of Politics and the Politics of Business.

      Too many past Democratic Candidates have been all together ignored, or what is worse, burnt when the campaign contributions by friends, family, community and loyal democrats end up in the pockets of select lobbyists and political consultants. And why wouldn't they? To actually support a viable Democratic candidate on Staten Island would go against all of the back room political deals that you have made to build your judicial bench at the expense of the people of Staten Island and the members of the Democratic

---

Party – the true "Gulino Practice."

Mr. Gulino, as I write this letter, it has been 27 days since we have had representation in the U.S. House of Representatives. You are the State Treasurer for the Democratic Party and presumably have some sway with Governor Cuomo and his calling of a Special Election. Staten Island needs a Representative in Congress sooner rather than later. And as such, if nothing further is done, I will be conferring with my legal team to compel the calling of a Special Election by court action.

Moreover, the Democratic Party needs to select a viable candidate sooner rather than never. Therefore, I again respectfully request an interview with you as an individual who has expressed interest in running for the vacant NY-11 Congressional Seat.

If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601.

Regards,

*Lawrence Gilder*

Lawrence E. Gilder

CC:  File
     Staten Island Advance

Encl: SILive.com Article from January 12, 2015

---

1811 Victory Boulevard, Staten Island, NY 10314



# With Michael Cusick as front-runner, Democrats will interview others, vote on candidates

Cusick11.jpg
Assemblyman Michael Cusick is a Democratic front-runner who has not officially declared his candidacy. (Advance file photo)
**Rachel Shapiro | rshapiro@siadvance.com** By **Rachel Shapiro | rshapiro@siadvance.com**
**Email the author | Follow on Twitter**
on January 12, 2015 at 5:36 PM

STATEN ISLAND, N.Y. -- While Staten Island Republicans quickly decided on **District Attorney Daniel Donovan** as their candidate to run for the empty seat in Congress, Democrats seem to have a way to go before they settle on a pick.

Staten Island Democratic Chair John Gulino said Monday he will interview each individual expressing interest in running -- between five and seven people -- and once there have been official declarations of candidacy, there will be a party convention to choose the candidate.

"I'm old fashioned in a lot of ways, that people who are interested you must interview them and see what they have to say," he said.

Party sources have said Assemblyman Michael Cusick (D-Mid-Island) is the front-runner but Gulino would not comment on that, saying all those interested will be given an opportunity to interview and put their best foot forward.

"Mike Cusick is a gentleman, he's very well-liked ... he would make an excellent candidate," the party chairman said.

He said he has spoken to Cusick and former Congressman Michael McMahon about possible candidacies. He said he also has spoken to or has plans to speak to Brooklyn Assemblyman William Colton, Brooklyn Councilman Vincent Gentile, and Staten Islander Robert Holst, co-founder of the Middle Class Action Project.

He said there are one or two other unnamed people who expressed interest.

"We're going to do something on or before the end of the month," to narrow down the list to serious candidates, he said.

After the Island Democrats select their candidate, Gulino will meet with Brooklyn Democratic Chairman Frank

Seddio to discuss who the nominee will be for the bi-borough race.

"We have always been on the same page when selecting a candidate," Gulino said.

Cusick, still mulling a run, said, "We're working together, we're working and discussing everything with the leaders of the party and the rank and file members of the party to make sure that everyone has a say and that we do this right."

The assemblyman has spoken to the Democratic Congressional Campaign Committee, and while they are itching to get him to Washington, D.C., for a meeting, busy legislative sessions in Albany may prevent that, he said.

"As of right now, it's just been the initial call that they have seen my name and they'd like to talk about the race just in general terms," he said.

© 2015 SILive.com. All rights reserved.