# From the Desk of Lawrence E. Gilder

**By Facsimile Transmission**

February 11, 2015

Hon. John P. Gulino
Democratic Party Leader – Richmond County
35 Anthony J. Crecca Junior Plaza
Staten Island, NY 10306
Fax: 718 983 5541

**RE:    Tonight's Executive Committee Meeting**

Dear Party Leader Gulino,

As you know, I have made repeated requests to be interviewed by you to be considered for the Democratic Party designation as candidate for the open NY-11 Congressional Seat.

In the public record on January 12, 2015, you stated to the Staten Island Advance that you would interview each individual expressing interest in running for the open Congressional seat left vacant by Mr. Grimm's resignation. You stated: "I'm old fashioned in a lot of ways, that people who are interested you must interview them and see what they have to say."

To date, you have not offered me an interview. I also note that you have selected five Caucasian persons to make presentations to the Democratic Party's Executive Committee. There are no persons of color, and it appears that you have not interviewed any persons of color – even though the communities of color would presumably be galvanized to defeat presumptive Republican nominee Dan Donovan in the wake of the Eric Garner grand jury decision.

It has been 37 days that we have been without representation in Washington. I believe that there should be no taxation without representation. But your recent actions can only lead to the conclusion that you do not want Staten Island to have representation any time soon, and when the election does take place, you have all but ensured that a Democrat not be elected.

Mr. Gulino, why won't you interview me? Why won't you interview persons of color? Why won't you hear the views of the minority community on Staten Island? If you will not be our leader, maybe it is time to find a real leader – whether in the Democratic Party or someplace else.

So, I leave it to you Mr. Gulino. What time should I be available to speak with the Executive Committee tonight? Will you continue to ignore me and appear biased? Will you flat out reject me and confirm you are not a man of your word? Or will you be a man

---

and tolerate someone who is not a member of the "Raccoon Lodge" that you have turned the Democratic Party on Staten Island into during your tenure as Party Leader.

If you have any questions or concerns, please do not hesitate to contact me at 347-796-7601. I await your call.

Regards,

Lawrence E. Gilder

CC: File
Staten Island Advance