

# DEMOCRATIC COMMITTEE *of* RICHMOND COUNTY

35 New Dorp Plaza, Staten Island, NY 10306
718-983-5009 · Fax: 718-983-5541
E-mail: sidemocrats@yahoo.com · www.sidemocrats.net

**JOHN P. GULINO**
**County Chairman**

Robert Castro
50 Beekman Street
Staten Island, New York, 10302

Dear Robert,

In an effort to continue to reach new political heights as a political organization, I believe we must give today's leaders and opportunity to lead as you have done so selflessly over the years. A strong political organization is one that is nimble enough to respond to new challenges and opportunities. That is why I must annually review the membership of the Executive Committee and make some tough choices.

I thank you for all your time and dedication. Now though, I believe we must give others a chance to serve in your stead in order to keep us moving forward. Please know I do not make this decision lightly. It is not an easy or pleasant one. However, if we do not seize the opportunities, energy and ideas our younger generation offers, we will never thrive as a political organization. We must give them a chance to serve. I hope you will continue to remain an active member of the Democratic Party.

Thank you again for all you have done.

Yours Truly,

*[signature]*

John P. Gulino
Chairman