# THE LUTHMANN LAW FIRM, PLLC

A Boutique Law Practice
1811 Victory Boulevard
Staten Island, NY 10314
Tel: (718) 447-0003 ● Fax: (347) 252-0254
rluthmann@luthmannfirm.com

Manhattan Office
New Location:
49th and Madison
New Jersey Office
33 Wood Avenue South
Suite 600
Iselin, NJ 08830

Richard A. Luthmann*°+Δ Φ ºΩ

°Licensed to practice in New York
*Licensed to practice in New Jersey
+LL.M. in Estate Planning
Δ Admitted, US Tax Court
Φ Admitted, District of New Jersey
º Admitted, Eastern District of New York
Ω Admitted, Southern District of New York

**By CM/ECF**

July 31, 2015

The Honorable Kiyo Matsumoto
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

    RE: *Gilder v. Gulino et. al.*
       **EDNY Docket 15-CV-4049**

Dear Judge Matsumoto:

  These offices represent Lawrence E. Gilder, the plaintiff in the above-referenced matter. I am in receipt of opposing counsel's letter-motion seeking an extension of time to answer the complaint. I believe that opposing counsel has made several typographical errors that are relevant to the agreement as between counsel.

  Counsel is correct that an extension of 45 days was agreed upon to answer the complaint conditioned upon his client's submitting to the jurisdiction of this Court and the waiver defenses based on the service of process. However, the date is incorrect. Counsel agreed upon a forty-five (45) day extension until **September 15, 2015**. See the email exchange as between counsel dated July 30, 2015, attached here with as Exhibit "A".

  Counsel believes with error to be merely typographical in nature as forty-five (45) days from now would be September 15, 2015, and the spelling of his client's name is **GULINO**, not **GULINA**.

---

THE LUTHMANN LAW FIRM, PLLC                   1

If you have any questions regarding the foregoing, please do not hesitate to contact me.

                                              Regards,

                                              /s/ Richard A. Luthmann
                                              Richard A. Luthmann, Esq.

CC:    Client File

Encl. Exhibit "A"

---

THE LUTHMANN LAW FIRM, PLLC                                                           2