UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LAWRENCE E. GILDER,                                        1:15-cv-04094-KAM-RER

                      Plaintiff,                       **NOTICE OF MOTION**
  -against-                                              **FOR DEFAULT**
                                                                **JUDGMENT**

JOHN P. GULINO, both individually and in
his capacity as the Chairman of the
DEMOCRATIC COMMITTEE OF
RICHMOND COUNTY, DEMOCRATIC
COMMITTEE OF RICHMOND COUNTY,
BOARD OF ELECTIONS IN THE CITY
OF NEW YORK, CLERK 1, CLERK 2 and
CLERK 3, said names being as of yet
unidentified parties, JOHN and JANE
DOES 1-10, said names being fictitious;
XYZ ENTITIES 1-10, said names being
fictitious,

                      Defendants.
--------------------------------------------------------X

       **SIRS:**

       PLEASE TAKE NOTICE that upon the annexed affirmation of Richard A. Luthmann, Esq., duly affirmed on August 6, 2015, and upon all the proceedings in this case to date, the plaintiff, will move in this court at 9:30a.m. on Friday, October 2, 2015, or at a reasonable time thereafter at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East in the Borough of Brooklyn, County of Kings, City and State of New York, or as soon thereafter as counsel can be heard, for an Order pursuant to Federal Rules of Civil Procedure granting default judgment and inquest as against defendant BOARD OF ELECTIONS IN THE CITY OF NEW YORK and for such other and further relief as may be just, proper, and equitable.

Dated: Staten Island, New York

    August 6, 2015

Yours, etc.

/s/ RICHARD A. LUTHMANN

_____
Richard A. Luthmann, Esq.
THE LUTHMANN LAW FIRM, PLLC
1811 Victory Boulevard
Staten Island, NY 10314
Tel.: (718) 447-0003
Fax: (347) 252-0254 (not for service)

TO: Clerk of Court
United States Court
Eastern District of New York
(Via CM/ECF)

BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
32 Broadway, 7th Floor
New York, NY 10004
(Via Certified US Mail RRR)

Andrew L. Hoffman
The Law Offices of Jeffrey Chabrowe, P.C.
261 Madison Avenue, 12th Flr.
New York, NY 10016
Attorneys for John P. Gulino and the
Democratic Committee of Richmond County
(Via CM/ECF)