UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| LAWRENCE E. GILDER, | 1:15-cv-04094-KAM-RER |
| Plaintiff, | **CERTIFICATE** |
| -against- | **OF DEFAULT** |

JOHN P. GULINO, both individually and in his capacity as the Chairman of the DEMOCRATIC COMMITTEE OF RICHMOND COUNTY, DEMOCRATIC COMMITTEE OF RICHMOND COUNTY, BOARD OF ELECTIONS IN THE CITY OF NEW YORK, CLERK 1, CLERK 2 and CLERK 3, said names being as of yet unidentified parties, JOHN and JANE DOES 1-10, said names being fictitious; XYZ ENTITIES 1-10, said names being fictitious,

Defendants.
-------------------------------------------------------X

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant BOARD OF ELECTIONS IN THE CITY OF NEW YORK has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant BOARD OF ELECTIONS IN THE CITY OF NEW YORK is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        August 6, 2015

DOUGLAS C. PALMER, Clerk of Court

By: ___/s/ Laura Rios_____

Deputy Clerk

1