UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LAWRENCE E. GILDER,

                            Plaintiff,

- against -

JOHN P. GULINO, *et al.*,

                            Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

CV 15-4094 (KAM)

       **PLEASE TAKE NOTICE**, that upon the Defendants' Memorandum of Law in Support of their Motion to Dismiss the Complaint, and all other pleadings and proceedings herein, defendant Board of Elections in the City of New York, will move this Court on a date to be set by the Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint and for such other relief as the Court deems just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must be served on the undersigned by November 16, 2015.

Dated: New York, New York
October 15, 2015

                            **ZACHARY W. CARTER**
                            Corporation Counsel of the
                              City of New York
                            Attorney for the Board of Elections
                              in the City of New York
                            100 Church Street, Room 2-126
                            New York, New York  10007
                            (212) 356-2087
                            e-mail: SKitzing@law.nyc.gov


By:    s/Stephen Kitzinger
          Stephen Kitzinger
          Assistant Corporation Counsel