

**THE CITY OF NEW YORK**

ZACHARY W. CARTER
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEPHEN KITZINGER
Phone: (212) 356-2087
SKitzing@law.nyc.gov

December 15, 2015

**VIA ECF AND HAND DELIVERY**

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re: *Gilder v. Gulino, et al.*
     Case No. 15 CV 4094 (KAM)

Dear Judge Matsumoto,

  I am the Assistant Corporation Counsel assigned to represent defendant Board of Elections in the City of New York (the "Board") in the above-referenced civil rights case arising out of the selection of the Democratic Party nominee to run in the May 5, 2015 Special Election for Member of Congress from New York's 11th Congressional District.  Enclosed herewith pursuant to Your Honor's Individual Rules of Practice please find two courtesy copies of the Board's Notice of Motion, Declaration of Stephen Kitzinger in Support of the Board of Elections in the City of New York's Motion to Dismiss the Complaint, Memorandum of Law in Support of Its Motion to Dismiss the Complaint, and Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Complaint.

  Thank you in advance for your consideration of this matter.

            Respectfully yours,

            s/Stephen Kitzinger
            Stephen Kitzinger
            Assistant Corporation Counsel

Enclosures

cc: Richard A. Luthmann (via ecf only)
   Andrew L. Hoffman (via ecf only)