Español | 繁體中文 | 한국어 | বাংলা | Русский

# BOARD OF ELECTIONS IN THE CITY OF NEW YORK

[     ] GO

Email Updates | Share | Translate This Page | Text Size: A A A

- Home
- **About NYC Board of Elections**
  - Mission Statement
  - Commissioners & Management
  - Commissioners' Minutes
  - Commissioners Meeting Agendas
  - Live Meetings & Hearings
  - Video Archive
  - Personnel Guidelines
- For Voters
- Mark It, Scan It, Vote!
- For Poll Workers
- For Candidates
- Election Dates
- Election Results Summary
- News
- Publications & Forms
- Requests for Information
- Employment Opportunities
- Contact NYC Board of Elections

## ABOUT NYC BOARD OF ELECTIONS

The Board of Elections in the City of New York is an administrative body of ten Commissioners, two from each borough upon recommendation by both political parties and then appointed by the City Council for a term of four years. The Commissioners appoint a bipartisan staff to oversee the daily activities of its main and five borough offices.



The Board is responsible under New York State Election Law for the following:

- Voter registration, outreach and processing
- Maintain and update voter records
- Processing and verification of candidate petitions/documents
- Campaign finance disclosures of candidates and campaign committees
- Recruiting, training and assigning the various Election Day officers to conduct elections
- Operate poll site locations
- Maintain, repair, setup and deploy the Election Day operation equipment
- Ensure each voter their right to vote at the polls or by absentee ballot
- Canvassing and certification of the vote
- Voter education, notification and dissemination of election information
- Preparation of maps of various political subdivisions.

[Sign up for email updates]

 Fan us on Facebook
 Follow us on Twitter
 Follow us on Instagram
 Watch us on Youtube



© Copyright 2014 All Rights Reserved                        Contact Us