1

2

3

4

5

6

7

8                          JOHN GULINO ON NY-11

9

10                        SPECIAL ELECTION ON

11                        JANUARY 16, 2015

12

13

14

15

16

17

18

19

20                          **Angie DePompo**
                       **Court Reporting Service**
21                        86 Kensico Street
                   Staten Island, New York 10306
22                          (718) 667-9484

23

24

25

Dialogue                    2

1

2          MR. PASCALE:  While we know who the

3      Republican candidate will be in the race

4      to replace Congressman Michael Grimm, we

5      are still waiting to hear from the

6      Democrats, as to who they will put up to

7      face against Dan Donovan.

8          Joining me now to talk about where

9      they're at in that process to select a

10     candidate is the Chairman of the Staten

11     Island Democratic Committee, John Gulino.

12     He's joining us from our Staten Island

13     bureau.

14         John, thanks so much for being here.

15         MR. GULINO:  Good morning, Anthony,

16     and thank you for having me.  It's a

17     pleasure to be here.

18         MR. PASCALE:  I want to ask you first

19     where you're at in making your decision.

20         MR. GULINO:  We're at, as I've

21     indicated to many newspapers and media

22     outlets, we're in the process of

23     interviewing potential candidates.

24              **Angie DePompo Court Reporting Service**

25                      **(718) 667-9484**

Dialogue                                3

1

2          I've had meetings with various

3          elected officials who have expressed an

4          interest in the office, and those elected

5          officials, I'll mention them again, are,

6          of course, Assemblyman Michael Cusick,

7          former Congressman, Mike McMahon,

8          Councilman Vincent Gentile, Assemblyman

9          Bill Colton, and then we have some

10          community activists, a gentleman by the

11          name of Bob Holtz, a policeman from the

12          South Shore, Bob McKenna, and various

13          other assorted people who have expressed

14          an interest in being heard about who

15          should be the candidate.

16          MR. PASCALE:  We've heard from

17          various sources that Mike Cusick is the

18          frontrunner.

19          Does he want to run for this seat?

20          MR. GULINO:  He hasn't declared

21          officially, as Dan Donovan didn't declare

22          officially until recently.  So, no,

23          there's been no official declaration, and

24          **Angie DePompo Court Reporting Service**
           **(718) 667-9484**

25

Dialogue                    4

1

2          at the present time, the process that I'm

3          conducting, as I've indicated to many

4          people, is a very transparent process.  As

5          opposed to saying, okay, this is my

6          candidate, and I have that power to do so,

7          I have decided that we need a much more

8          transparent process, especially in light

9          of the fact that I think who represents

10         the people of Staten Island in Congress is

11         extremely, extremely important.

12              MR. PASCALE:  Is that a swipe a bit

13         to the Republicans at how they chose Dan

14         Donovan?  Some have said that they simply

15         anointed him their candidate.

16              MR. GULINO:  Yes, and I don't believe

17         in anointed positions.  I believe in a

18         Democratic process.  The Democratic Party

19         is the party of the big tent, and I have a

20         philosophy, even if people have come to

21         see me and expressed an interest, don't

22         officially become the candidates.

23              So, I've asked each and every one of

24              **Angie DePompo Court Reporting Service**
                        **(718) 667-9484**

25

Dialogue                                                5

1

2                them, if you're not the candidate, will

3                you support who my candidate is, and all

4                of them have said, yes.  So, I'm bringing

5                more people into the Party, and I think

6                that's because of this transparent

7                process.  I'm not creating a divisive

8                atmosphere of this elected against another

9                elected.

10                   I believe in -- I'm basically a

11                peacemaker.  I try and bring people

12                together, and that's been my whole

13                philosophy in life as the Chairman of the

14                Democratic Party on Staten Island.

15                   The Staten Island Democratic Party is

16                now the most cohesive, all-inclusive party

17                that it's ever been.  The Democratic

18                County Committee has people of all faiths,

19                religions, creed and color, and I'm very

20                proud of that.

21                   MR. PASCALE:  Let me ask you about

22                the race that you ran not too long ago,

23                and that was with Domenic Recchia for

24                **Angie DePompo Court Reporting Service**
                 **(718) 667-9484**

25

Dialogue                    6

1

2          Congress.

3               Many felt that this was a seat for

4          the taking, that the Democrats were in a

5          perfect position to try to take this seat

6          from the Republicans, and the Recchia

7          campaign, well, we know what that was.

8               Did you learn anything from that

9          race?

10               MR. GULINO:  I learned the fact, and

11          I've mentioned this to prior media

12          outlets, that -- and that's why this

13          transparent process I'm vetting

14          candidates, I want to talk about issues

15          with the candidates.

16               I was born and raised on Staten

17          Island.  I'm very familiar with the

18          issues.  I want to make sure that we have

19          a candidate -- I intend to have an

20          excellent candidate for this race, who is

21          versed on the issues, who is articulate,

22          and who can properly represent the people

23          of Staten Island in Congress.

24          **Angie DePompo Court Reporting Service**
                    **(718) 667-9484**

25

Dialogue                                          7

1

2              MR. PASCALE:  Was Domenic Recchia not

3         properly vetted, in your opinion?

4              MR. GULINO:  Domenic Recchia is a

5         gentleman, a friend, former finance chair

6         of the city council, a very intelligent

7         man.  Unfortunately, he wasn't able to

8         articulate the issues to the best of his

9         ability, and that was the deficiency in

10        the campaign.

11             MR. PASCALE:  Let's talk about when

12        you do have a candidate.  How will you try

13        to beat Dan Donovan?  What are his

14        weaknesses that you'll try to uncover?

15             MR. GULINO:  Well, keep in mind, the

16        people I've mentioned as potential

17        candidates are experienced legislatures.

18             Dan Donovan is a prosecutor, also a

19        friend, also a gentleman, but he doesn't

20        have the experience.  Congress is about

21        legislating, about drafting bills to help

22        the people of a constituent district.

23             There are so many issues affecting

24        **Angie DePompo Court Reporting Service**
          **(718) 667-9484**

25

Dialogue                              8

1

2          the people of Staten Island, traffic,

3          infrastructure, and you need an

4          experienced person, a person who has had

5          legislative experience and background, and

6          the people I've mentioned, as you can see,

7          are all in the legislature --

8               MR. PASCALE:  Last question,

9     Chairman, when --

10              MR. GULINO:  -- or have been.

11              MR. PASCALE:  -- when can we expect a

12    decision from you?

13              MR. GULINO:  I've indicated that on

14    or before the end of the month, we'll have

15    a declared candidate.

16              MR. PASCALE:  And we will wait for

17    that.

18              Chairman of the Staten Island

19              Democratic Committee, John Gulino.

20              Thanks so much for joining us from

21    our Staten Island bureau.

22              MR. GULINO:  Thank you, Anthony, and

23    thank you.

24          **Angie DePompo Court Reporting Service**
                        **(718) 667-9484**
25

Dialogue                                          9

1

2

3                              *  *  *  *  *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                **Angie DePompo Court Reporting Service**

25                         **(718) 667-9484**

Dialogue                              10

1

2                    *  *  *  *  *  *

3

4

5

6           I, Dorothy Florentino, do hereby

7      state that the foregoing was transcribed

8      from an audio to the best of my ability.

9

10                    /S/ DOROTHY FLORENTINO

11      _____
                  Dorothy Florentino

12

13

14      Agency Name:   **ANGIE DEPOMPO COURT**

15                     **REPORTING SERVICE**
                       **86 Kensico Street**
                       **Staten Island, New York 10306**

16

17      Dated:         November 4, 2015
                       _____

18

19

20

21

22

23

24           **Angie DePompo Court Reporting Service**
                          **(718) 667-9484**

25