Where does money that Democrats give to the Chairman's Candidates go?

You'd (might) be surprised to know!

Don't take our word for it. Go to:

http://www.nyccfb.info/searchabledb/ExpenditureSearchResult.aspx?ec_id=2013&cand_id=1739&cand=Mirocznik%2c+Mendy c_id=2013&ec=2013&cand_id=1739&cand=Mirocznik%2c+Mendy

| CANDLAST | CANDFIRST | DATE | NAME | AMNT |
|---|---|---|---|---|
| Mirocznik | Mendy | 06/18/2013 | ACE HARDWARE | 1061.43 |
| Mirocznik | Mendy | 06/10/2013 | ACTBLUE | 1.5 |
| Mirocznik | Mendy | 07/08/2013 | ACTBLUE | 6.38 |
| Mirocznik | Mendy | 09/05/2013 | ACTBLUE | 8.04 |
| Mirocznik | Mendy | 08/19/2013 | BEST BUY | 217.75 |
| Mirocznik | Mendy | 07/16/2013 | BEST BUY | 353.79 |
| Mirocznik | Mendy | 07/31/2013 | BLUE LABEL DESIGN | 4006.6 |
| Mirocznik | Mendy | 08/28/2013 | DANU MEDIA, INC. | 2800 |
| Mirocznik | Mendy | 09/17/2013 | DEMOCRATIC COMMITTEE OF RICHMO | 500 |
| Mirocznik | Mendy | 09/17/2013 | DEMOCRATIC COMMITTEE OF RICHMO | 1000 |
| Mirocznik | Mendy | 09/10/2013 | DEMOCRATIC COMMITTEE OF RICHMO | 1000 |
| Mirocznik | Mendy | 06/19/2013 | DEMOCRATIC COMMITTEE OF RICHMO | 1037.79 |
| Mirocznik | Mendy | 09/17/2013 | ELKINS, KEVIN | 66.5 |
| Mirocznik | Mendy | 09/17/2013 | ELKINS, KEVIN | 67.65 |
| Mirocznik | Mendy | 09/17/2013 | ELKINS, KEVIN | 19.49 |
| Mirocznik | Mendy | 08/13/2013 | GLENN BURROUGHS | 100 |
| Mirocznik | Mendy | 04/17/2013 | HARLAND CLARKE | 129.83 |
| Mirocznik | Mendy | 09/05/2013 | HERALD STRATEGIES, LLC | 1600 |
| Mirocznik | Mendy | 09/10/2013 | HERALD STRATEGIES, LLC | 750 |
| Mirocznik | Mendy | 09/04/2013 | HERALD STRATEGIES, LLC | 750 |
| Mirocznik | Mendy | 08/19/2013 | HERALD STRATEGIES, LLC | 524.74 |
| Mirocznik | Mendy | 07/01/2013 | HERALD STRATEGIES, LLC | 2360 |
| Mirocznik | Mendy | 07/10/2013 | HERALD STRATEGIES, LLC | 13.1 |
| Mirocznik | Mendy | 07/10/2013 | HERALD STRATEGIES, LLC | 2373.1 |
| Mirocznik | Mendy | 09/04/2013 | HERALD STRATEGIES, LLC | 752.28 |
| Mirocznik | Mendy | 06/06/2013 | HERALD STRATEGIES, LLC | 2160 |
| Mirocznik | Mendy | 08/10/2013 | HERALD STRATEGIES, LLC | 2430.73 |
| Mirocznik | Mendy | 09/25/2013 | HERALD STRATEGIES, LLC | 1700 |
| Mirocznik | Mendy | 09/24/2013 | HOLY SCHNITZEL | 460.18 |
| Mirocznik | Mendy | 10/08/2013 | JACK A DESANTIS, JR. CPA | 1000 |
| Mirocznik | Mendy | 08/29/2013 | JACK A DESANTIS, JR. CPA | 1000 |
| Mirocznik | Mendy | 09/17/2013 | JACK A DESANTIS, JR. CPA | 1000 |
| Mirocznik | Mendy | 07/18/2013 | JACK A DESANTIS, JR. CPA | 1000 |
| Mirocznik | Mendy | 06/06/2013 | JACK A DESANTIS, JR. CPA | 1000 |

| | | | | |
|---|---|---|---|---|
| Mirocznik | Mendy | 08/13/2013 | JERRY A GREGORY | 100 |
| Mirocznik | Mendy | 08/13/2013 | KINGSLEY, SARI | 108.71 |
| Mirocznik | Mendy | 08/13/2013 | KINGSLEY, SARI | 3.89 |
| Mirocznik | Mendy | 08/13/2013 | KINGSLEY, SARI | 25.02 |
| Mirocznik | Mendy | 08/13/2013 | KINGSLEY, SARI | 73.51 |
| Mirocznik | Mendy | 08/13/2013 | KINGSLEY, SARI | 513.02 |
| Mirocznik | Mendy | 09/04/2013 | LAW OFFICES OF MANUEL ORTEGA | 100 |
| Mirocznik | Mendy | 08/13/2013 | LIA JAY PHOTOGRAPHY | 0.5 |
| Mirocznik | Mendy | 07/25/2013 | LITTLE AND CO. | 0.5 |
| Mirocznik | Mendy | 09/13/2013 | LITTLE AND CO. | 4.07 |
| Mirocznik | Mendy | 08/26/2013 | LITTLE AND CO. | 2.89 |
| Mirocznik | Mendy | 05/23/2013 | LITTLE AND CO. | 7.76 |
| Mirocznik | Mendy | 06/18/2013 | LITTLE AND CO. | 1.14 |
| Mirocznik | Mendy | 07/03/2013 | LITTLE AND CO. | 4.64 |
| Mirocznik | Mendy | 08/22/2013 | LITTLE AND CO. | 2.68 |
| Mirocznik | Mendy | 08/16/2013 | LITTLE AND CO. | 0.93 |
| Mirocznik | Mendy | 08/07/2013 | LITTLE AND CO. | 2.83 |
| Mirocznik | Mendy | 08/22/2013 | LITTLE AND CO. | 0.5 |
| Mirocznik | Mendy | 08/15/2013 | LITTLE AND CO. | 800 |
| Mirocznik | Mendy | 05/08/2013 | LUTHMANN, RICHARD A | 1652 |
| Mirocznik | Mendy | 06/19/2013 | MANOR RESTAURANT | 2000 |
| Mirocznik | Mendy | 09/25/2013 | MIKE ARVANITES | 399.44 |
| Mirocznik | Mendy | 09/30/2013 | NORTH AMERICAN DATA | 15 |
| Mirocznik | Mendy | 08/15/2013 | NORTHFIELD BANK | 10 |
| Mirocznik | Mendy | 04/19/2013 | NORTHFIELD BANK | 10 |
| Mirocznik | Mendy | 04/30/2013 | NORTHFIELD BANK | 40 |
| Mirocznik | Mendy | 05/01/2013 | NORTHFIELD BANK | 15 |
| Mirocznik | Mendy | 09/06/2013 | NORTHFIELD BANK | 1752.48 |
| Mirocznik | Mendy | 07/17/2013 | NYS Democratic Committee | 1500 |
| Mirocznik | Mendy | 10/08/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |
| Mirocznik | Mendy | 06/25/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |
| Mirocznik | Mendy | 09/17/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |
| Mirocznik | Mendy | 08/19/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |
| Mirocznik | Mendy | 08/19/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |
| Mirocznik | Mendy | 08/19/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |
| Mirocznik | Mendy | 08/29/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |

2

3

| | | | |
|---|---|---|---|
| Mirocznik | Mendy | 08/29/2013 | PITTA BISHOP DEL GIORNO & GIBL | 5750 |
| Mirocznik | Mendy | 08/29/2013 | PITTA BISHOP DEL GIORNO & GIBL | 5900 |
| Mirocznik | Mendy | 08/29/2013 | PITTA BISHOP DEL GIORNO & GIBL | 5900 |
| Mirocznik | Mendy | 09/10/2013 | PITTA BISHOP DEL GIORNO & GIBL | 5900 |
| Mirocznik | Mendy | 09/10/2013 | PITTA BISHOP DEL GIORNO & GIBL | 4000 |
| Mirocznik | Mendy | 09/10/2013 | PITTA BISHOP DEL GIORNO & GIBL | 3000 |
| Mirocznik | Mendy | 06/25/2013 | PITTA BISHOP DEL GIORNO & GIBL | 2500 |
| Mirocznik | Mendy | 06/06/2013 | PITTA BISHOP DEL GIORNO & GIBL | 750 |
| Mirocznik | Mendy | 06/06/2013 | PITTA BISHOP DEL GIORNO & GIBL | 1500 |
| Mirocznik | Mendy | 09/17/2013 | PRISCILLA MARCO | 15.55 |
| Mirocznik | Mendy | 06/19/2013 | PROGRESS PRINTING | 416.99 |
| Mirocznik | Mendy | 09/12/2013 | SCHMERLER, MARC F | 1766.27 |
| Mirocznik | Mendy | 09/17/2013 | SHEILA T MCGINN, ESQ. | 60 |
| Mirocznik | Mendy | 08/05/2013 | SIGN ART AND GRAPHICS, INC. | 1000 |
| Mirocznik | Mendy | 08/19/2013 | SIGN ART AND GRAPHICS, INC. | 1613 |
| Mirocznik | Mendy | 09/10/2013 | SOLLAZZO, JOHN | 108.88 |
| Mirocznik | Mendy | 09/30/2013 | STATEN ISLAND DEM ASSOCIATION | 285 |
| Mirocznik | Mendy | 09/30/2013 | STATEN ISLAND DEM ASSOCIATION | 150 |
| Mirocznik | Mendy | 06/19/2013 | WORKING FAMILIES PARTY | 37.4 |
| Mirocznik | Mendy | 08/08/2013 | WORKING FAMILIES PARTY | 161.48 |

TOTAL 92,211.96
DEL GIORNO FIRM TOTAL 45,700.00
PERCENTAGE OF TOTAL CAMPAIGN SPENDING 50%

Search

About Us | Professionals | News & Events | Newsletter | Contact Us

## Professionals

**Jon R. Del Giorno**
Member

Tel: 212-652-3825
Fax: 212-897-8001
jdelgiorno@pittabishop.com



vCard

**Pitta Bishop Del Giorno & Giblin LLC**
120 Broadway, 28th Floor
New York, NY 10271

### Jon R. Del Giorno

Member

Jon R. Del Giorno is a founding member of Pitta Bishop Del Giorno & Giblin LLC. He is resident in the firm's New York City office and manages the firm's New York City consulting and government relations practice. On behalf of the firm's public and private sector clients, Mr. Del Giorno oversees campaign finance and election compliance services; monitors procurement advisories and bid opportunities; and advises on government contracting, administrative and regulatory matters, legislation and initiatives at all three levels of government. He engages in direct government and legislative advocacy on behalf of corporate, not-for-profit, small business clients, and labor organizations.

He has more than 21 years of experience in government relations. Prior to joining Pitta Bishop Del Giorno & Giblin LLC, he was a senior government relations specialist with several predecessor firms. He previously served as executive assistant and community liaison to a number of New York City Council members; legislative administrator for New York City Council Services; assistant to the deputy borough president of Richmond County, where he served as a designated voting member of the former New York City Board of Estimate; and director of public affairs/communications and administrative manager for the New York City Board of Elections for 15 years. He has been a featured speaker and participant at public events, newscasts and forums on government policy, public affairs, and technology in government and City/State politics.

**Activities and Affiliations:**
He has served as a member of the board of numerous charitable organizations including: Seaman's Society for Children and Families; Daytop Village Foundation, Inc.; Daytop International, Inc.; Omicron Delta Kappa Society-Wagner College Chapter; New York League of Conservation Voters-New York City Chapter; The Dakota Group; Pax Christi Hospice-St. Vincent's Catholic Medical Center; Richmond Home Need Services, Inc.; Port Richmond Alumni Association; New York State Institute on Disability, Inc.; and The United Nations Association-USA Chapter. Mr. Del Giorno has served as the chairperson of many fundraising events to benefit community organizations including: Community Health Action Network; The Council of Arts & Humanities; The Greenbelt Conservancy; The Friends of Alice Austin House Museum; the Parker Jewish Institute for Health Care and Rehabilitation and the establishment of the Hon. Vito J. Titone Scholarship Fund-St. John's University School of Law. He has also chaired numerous political parry and campaign fundraising events throughout New York State.

**Educational Background:**
New York University (B.A., International Politics and Economics, 1986; The Mark Carroll Award for Student Council and Government Service)

Terms of Use | © Pitta Bishop Del Giorno & Giblin LLC

*John P. Gulino, Chairman*                                    Like us on Facebook!        Search

| Home | Get Involved | Upcoming Events | Democratic Clubs | Elected Officials | Contact Us | Donate |

# Welcome to the Staten Island Democratic Party's website!

## Recent News

**Democratic mayoral hopefuls tackle the issues at forum on Staten Island**
The Democratic candidates for mayor visited the borough on Monday night to talk tolls, Hurricane Sandy recovery, the New York Wheel and other issues during a forum in the College of Staten Island's Center for the Arts sponsored by the borough's Democratic clubs. READ MORE

**Republicans in Disarray, Democrats United**
"Team Republican," once so admired for its lockstep efficiency and its ability to bury disputes beneath a united facade, has turned into "Team Turmoil." **READ MORE**

**Dems: Staten Island's Malliotakis using 'immigrant children as scapegoats'**
"This isn't a time to scapegoat children," Gulino said, "it's a time to come together, as one community and bring real, lasting relief to those most in need." **READ MORE**

**Staten Island Dem Leader: Grimm "Missing in Action" on Gun Control**
"There have been 1,000 deaths related to gun violence since the tragedy at Newtown in America. How many more people have to die before House Republicans act on these proposals?" READ MORE

## Important Links

UPCOMING EVENTS

GET INVOLVED

REGISTER TO VOTE

DONATE



Check out the pictures from our Young Professionals Mixer at the Burito Bar

## Democratic Committee of Richmond County
### John P. Gulino, Chairman

### Contact Information

718 - 983 - 5009 (Office)
718 - 983 - 5541 (Fax)
Sidemocrats@yahoo.com

### Address

35 New Dorp Plaza
Staten Island N.Y. 10306

Proudly powered by Weebly