

# Congressional Salaries and Allowances: In Brief

**Ida A. Brudnick**
Specialist on the Congress

December 30, 2014

Congressional Research Service
7-5700
www.crs.gov
RL30064

CRS REPORT
Prepared for Members and Committees of Congress

# Contents

Compensation, Benefits, Allowances, and Selected Limitations ................................................... 1
   Compensation ............................................................................................................................ 1
   Outside Earned Income Limits ................................................................................................. 2
   Prohibition on Honoraria .......................................................................................................... 2
   Tax Deductions ........................................................................................................................ 2
   Health and Life Insurance Provisions ...................................................................................... 3
   Retirement Provisions .............................................................................................................. 3
The Members' Representational Allowance (MRA): Supporting Personnel, Office
  Expenses, Travel to the District, and Mail for Members of the House......................................... 4
   Limitation on Number of Employees Hired by the MRA ....................................................... 5
   Online Publication of House Disbursement Records .............................................................. 6
   Government Publications and Recent Limitations .................................................................. 6
The Senators' Official Personnel and Office Expense Account (SOPOEA): Supporting
  Personnel, Office Expenses, and Mail for U.S. Senators............................................................. 6
   Other Allowances .................................................................................................................... 8
      Office Space in States, Including Mobile Office Space ................................................... 8
      Furniture and Furnishings in Washington, DC................................................................. 8
      Furniture and Furnishings in State Offices....................................................................... 8
      Office Equipment in Washington, DC, and State Offices ............................................... 8
      Government Publications ................................................................................................. 9
      Online Publication of Senate Disbursement Records....................................................... 9
Compensation of Members and Selected Congressional Officers and Officials: Tables................. 9
Compensation Limits: Committee and Member Office Employees............................................. 10
   House of Representatives ...................................................................................................... 10
   Senate ..................................................................................................................................... 11

# Tables

Table 1. Members, Officers, and Officials of the House: Selected Salaries ................................... 9
Table 2. Members, Officers, and Officials of the Senate: Selected Salaries................................. 10

# Contacts

Author Contact Information........................................................................................................... 11

# Compensation, Benefits, Allowances, and Selected Limitations

This report provides basic information on congressional salaries and allowances and recent developments.

First, the report briefly summarizes the current salary of Members of Congress; limits or prohibitions on their outside earned income, honoraria, and tax deductions; options for life and health insurance; and retirement benefits.

Second, the report provides information on allowances available to Representatives and Senators to support them in their official and representational duties. These allowances cover official office expenses, including staff, mail, travel between a Member's district or state and Washington, DC, equipment, and other goods and services. Although the House and Senate allowances are structured differently, both are determined by formulas based on variables from the district or state (i.e., distance from Washington, DC).

Third, the report lists the salaries of Members, House and Senate officers and officials, and salary limits for staff of committees and Member offices.

Additional information on many of these topics may be found in reports referenced throughout.

## Compensation

The most recent pay adjustment for Members of Congress was in January 2009.[1] Since then, the compensation for most Senators, Representatives, Delegates, and the Resident Commissioner from Puerto Rico has been $174,000.[2]

The only exceptions include the Speaker of the House (salary of $223,500) and the President pro tempore of the Senate and the majority and minority leaders in the House and Senate (salary of $193,400).[3]

Article I, Section 6, of the U.S. Constitution authorizes compensation for Members of Congress "ascertained by law, and paid out of the Treasury of the United States." Adjustments are governed by the Ethics Reform Act of 1989 and the 27th Amendment to the Constitution.

---

[1] Since 2009, the automatic pay adjustments have been prohibited by a number of laws. Pay for 2010 was frozen at the 2009 level pursuant to P.L. 111-8, and pay for 2011 and 2012 was frozen pursuant to P.L. 111-165 and P.L. 111-322. Section 114 of P.L. 112-175 extended the current pay freeze for the duration of the FY2013 continuing resolution (through March 27, 2013). Section 802 of P.L. 112-240, which was enacted on January 2, 2013, froze Member pay at the 2009 level for 2013. Section 146 of P.L. 113-46, enacted October 17, 2013, prohibited the scheduled 2014 Member pay adjustment. Section 8 of Division Q of the FY2015 Consolidated and Further Continuing Appropriations Act, enacted December 16, 2014, prohibited the scheduled 2015 Member pay adjustment. Adjustments are governed by 2 U.S.C. 4501 and generally take effect in January.

[2] For additional information, see CRS Report 97-1011, *Salaries of Members of Congress: Recent Actions and Historical Tables*, by Ida A. Brudnick and CRS Report 97-615, *Salaries of Members of Congress: Congressional Votes, 1990-2014*, by Ida A. Brudnick.

[3] The differing compensation for these positions is long-standing. See 2 U.S.C. 4501 *note*.

Members of Congress only receive salaries during the terms for which they are elected. Members of Congress are not eligible for housing or per diem allowances for expenses incurred in Washington.

## Outside Earned Income Limits

Permissible "outside earned income" for Representatives and Senators is limited to 15% of the annual rate of basic pay for level II of the Executive Schedule (15% of $181,500, or $27,225 in 2014).

Certain types of outside earned income, however, are prohibited.[4]

## Prohibition on Honoraria

Representatives and Senators are prohibited from accepting honoraria.[5] The acceptance of honoraria by Representatives was prohibited effective January 1, 1991.[6] The acceptance of honoraria by Senators was prohibited effective August 14, 1991.[7]

## Tax Deductions

Members are allowed to deduct, for income tax purposes, living expenses up to $3,000 per annum, while away from their congressional districts or home states.[8]

The $3,000 maximum, which has not been increased or adjusted for inflation, was established with the enactment of the FY1953 legislative branch appropriations act.[9]

---

[4] For example, House Rule XXV (113th Congress) states that a Member may not "receive compensation for affiliating with or being employed by a firm, partnership, association, corporation, or other entity that provides professional services involving a fiduciary relationship except for the practice of medicine" or "serve for compensation as an officer or member of the board of an association, corporation, or other entity." For additional information, see House Rule XXV and Senate Rule XXXVI.

[5] An honorarium, for example, is defined by the House as a "payment of money or a thing of value for an appearance, speech, or article (including a series of appearances, speeches, or articles) by a Member, Delegate, Resident Commissioner, officer, or employee of the House, excluding any actual and necessary travel expenses" (Rule XXV).

[6] This prohibition was included in the Ethics Reform Act of 1989 (P.L. 101-194, November 30, 1989, 103 Stat. 1776-1778) and incorporated into House Rule XXV. See also: U.S. House, Committee on Ethics, *House Ethics Manual*, 2008 edition, 110th Cong., 2nd sess. (http://ethics.house.gov/), p. 189.

[7] The Ethics Reform Act (P.L. 101-194, November 30, 1989, 103 Stat. 1782) reduced the limit on honoraria from 40% to 27% of salary beginning in 1990, with further decreases set to accompany Senate pay raises. The FY1992 Legislative Branch Appropriations Act (P.L. 102-90, August 14, 1991, 105 Stat. 450-451) subsequently banned honoraria. See also: Senate Rule XXXVI and U.S. Senate, Select Committee on Ethics, *Senate Ethics Manual*, S.Pub. 108-1, 2003 Edition, 108th Cong., 1st sess. (http://ethics.senate.gov/downloads/pdffiles/manual.pdf), pp. 97-101.

[8] See CRS Report RL30868, *Tax Rules and Rulings Specifically Applicable to Members Of Congress*, by John R. Luckey.

[9] See CRS General Distribution Memorandum, "Legislative History of Tax Deductions for Members of Congress," by Ida A. Brudnick (available upon request); and, 66 Stat. 467, July 9, 1952.

## Health and Life Insurance Provisions

Prior to the enactment of Section 1312(d)(3)(D) of P.L. 111-148, the Patient Protection and Affordable Care Act, Members were eligible to participate in the Federal Employees Health Benefits Program (FEHB). P.L. 111-148 states that the only health plans available to Members of Congress and certain congressional staff are those plans created under the act or offered through an exchange established under the act. Pursuant to the regulations implementing this section, effective January 1, 2014, Members may elect to be covered through the DC Health Link.[10]

Members also are eligible to participate in the Federal Employees Group Life Insurance Program. The amount of coverage for personal insurance is determined by a formula based on the coverage elected.[11]

In addition, the Office of the Attending Physician provides emergency medical assistance for Members of Congress, Justices of the Supreme Court, staff, and visitors. Additional services are offered to Members who choose to enroll for an annual fee. The office is led by a medical officer from the U.S. Navy, a tradition begun in 1928.[12]

## Retirement Provisions

Various options are available to Members regarding participation in the Civil Service Retirement System (CSRS) and the Federal Employees Retirement System (FERS). Benefits vary depending on retirement plan, age, and length of service.

Since January 1, 1984, participation in Social Security has been mandatory for all Members of Congress.[13]

---

[10] See the final rule on implementation (Office of Personnel Management, "Federal Employees Health Benefits Program: Members of Congress and Congressional Staff," 78 *Federal Register* 60653, October 2, 2013) and subsequent information provided by the House Chief Administrative Officer and Senate Disbursing Office. Additional available CRS products on this provision include *Analysis of § 1312(d)(3)(D) of P.L. 111-148, The Patient Protection and Affordable Care Act, and its Potential Impact on Members of Congress and Congressional Staff*, CRS Congressional Distribution memorandum, by Jennifer A. Staman, Todd B. Tatelman and Ida Brudnick, April 2, 2010; *Health Coverage for Members of Congress and Congressional Staff: OPM Provides Some Answers*, CRS Legal Sidebar, August 12, 2013; *Health Coverage for Members of Congress under the Affordable Care Act: Questions Abound*, Legal Sidebar, June 11, 2012; and CRS Report R43194, *Health Benefits for Members of Congress and Certain Congressional Staff*, by Annie L. Mach and Ada S. Cornell.

[11] For additional information, see http://www.opm.gov/insure/life/index.asp.

[12] H.Res. 253, 70th Cong.

[13] For additional information, see CRS Report RL30631, *Retirement Benefits for Members of Congress*, by Katelin P. Isaacs.

# The Members' Representational Allowance (MRA): Supporting Personnel, Office Expenses, Travel to the District, and Mail for Members of the House

The Members' Representational Allowance (MRA) is available to support Representatives in their official and representational duties.[14]

The MRA may be used for official expenses including, for example, staff, travel, mail, office equipment, district office rental, stationery, and other office supplies.

The MRA is also subject to a number of restrictions. For example, the MRA may not be used to defray any personal or campaign-related expenses. A Member is also prohibited from using campaign funds (except where authorized by the Committee on Ethics) or committee funds to pay for expenses related to official representational duties; using an unofficial office account; accepting funds or assistance from a private source for an official activity; or using personal funds to pay for franked mail.

A Member is responsible for personally paying for any expenses that are in excess of the authorized MRA level or that are not reimbursable under regulations of the Committee on House Administration.[15]

The MRA for each Representative is calculated based on three components, including

- *personnel*, which is the same for each Member ($944,671 for each Member in 2014);
- *official office expenses*, which varies among Members due to variations in the distance between a Member's district and Washington, DC, and the cost of General Services Administration office rental space in the district;
- *official (franked) mail*, which varies among Members based on the number of nonbusiness addresses in the district. Requirements on the use of franked mail, including mass mailings, are established in statute, Rules of the House, and regulations of the Commission on Congressional Mailing Standards (also known as the Franking Commission).

The three components are combined and result in a single MRA authorization for each Representative that can be used to pay for any type of official expense. For example, each Representative can choose how much to allocate to travel versus personnel or supplies.

---

[14] For additional information, see CRS Report R40962, *Members' Representational Allowance: History and Usage*, by Ida A. Brudnick.

[15] For more details on permissible use of personal, campaign, and official funds, see U.S. Congress, House Committee on House Administration, *Members' Congressional Handbook* (http://cha.house.gov/handbooks/members-congressional-handbook); and U.S. Congress, Committee on Ethics, *House Ethics Manual*, 110th Cong., 2nd sess. (Washington: GPO, 2008), (http://ethics.house.gov/).

The MRA for each Member is authorized from January 3 of each year through January 2 of the following year. These allowances are authorized in statute and regulated and adjusted by the Committee on House Administration.

The individual authorized MRA levels decreased for three consecutive years, including[16]

- a 5% reduction from 2010 to 2011;
- a 6.4% reduction from 2011 to 2012; and
- an 8.2% reduction from 2012 to 2013.

In 2014, each Members' MRA increased by 1% from the 2013 level.[17] The 2014 allowances ranged from $1,195,554 to $1,370,009, with an average MRA of $1,255,909.[18]

The MRA is funded in the House "Salaries and Expenses" account in the annual legislative branch appropriations bills. As with the individual authorized levels, the overall appropriations account has decreased in recent years, from $660.0 million in FY2010, to $613.1 million in FY2011, to $573.9 million in FY2012. The FY2012 funding level was continued in the FY2013 continuing resolution (P.L. 113-6), not including sequestration or an across-the-board rescission. The FY2014 level of $554.3 million was continued in the House-passed version of the FY2015 legislative branch appropriations bill (H.R. 4487) and the FY2015 act (P.L. 113-235). This level is slightly less than the $554.7 million provided in FY2007.

## Limitation on Number of Employees Hired by the MRA

Each Member may use the MRA to employ no more than 18 permanent employees, a level that has remained unchanged for nearly four decades. A Member may employ up to four additional employees if they fall into one of the following categories:[19]

1. part-time employees,
2. shared employees,

---

[16] The *Statement of Disbursement* stated each Member's 2012 MRA was "88.92% of the amount authorized in 2010 ... in accordance with a 5% reduction to the 2010 authorization mandated in House Resolution 22, agreed to on January 6, 2011, and a 6.4% reduction to the 2011 authorization as reflected in H.R. 2055, the Consolidated Appropriations Act, 2012." For the 2012 formula, see U.S. Congress, House, *Statement of Disbursements of the House*, as compiled by the Chief Administrative Officer, from January 1, 2012, to March 31, 2012, part 3 of 3, H.Doc. 112-106, 112th Cong., 2nd sess. (Washington: GPO, 2012), p. 3225. For the 2013 formula, see U.S. Congress, House, *Statement of Disbursements of the House*, as compiled by the Chief Administrative Officer, from April 1, 2013, to June 30, 2013, part 3 of 3, H.Doc. 113-41, 113th Cong., 1st sess. (Washington: GPO, 2013), p. 2597.

[17] For the 2014 formula, see U.S. Congress, House, *Statement of Disbursements of the House*, as compiled by the Chief Administrative Officer, from April 1, 2014, to June 30, 2014, part 3 of 3, H.Doc. 113-141, 113th Congress, 2nd session (Washington: GPO, 2014), p. 2559.

[18] CRS calculations based on the *Statement of Disbursements* for the second quarter (April-June) of 2014. The calculations exclude Delegates and the Resident Commissioner. Members elected by special election and sworn in during the first quarter are also excluded. Two districts with lengthy vacancies for the calendar year were also excluded.

[19] 2 U.S.C. 5321. The 18-person limit first became effective in 1975 (Committee Order No. 16, *Congressional Record*, March 6, 1975, p. 5556), while the four additional other-than-permanent staff were authorized in 1979 (H.Res. 359, agreed to on July 20, 1979, and enacted into permanent law by P.L. 96-536, Section 101(c), December 16, 1980, 94 Stat. 3167). See also P.L. 104-186, 110 Stat 1720, August 20, 1996.

3. interns receiving pay,
4. employees on leave without pay, and
5. temporary employees.

### Online Publication of House Disbursement Records

All MRA expenditures are reported in the quarterly *Statement of Disbursements of the House*. *Statements* issued since November 2009 are available at http://disbursements.house.gov/.

### Government Publications and Recent Limitations

Representatives may receive certain government publications and printed products. These include, for example, one copy of *Deschler's Precedents,* various manuals and directories, and public document franked envelopes.[20]

Provisions in recent years have aimed to reduce the delivery of a number of documents available online. Since FY2012, regular provisions prohibiting the use of funds to deliver copies of a bill, joint resolution, or resolution, or any version of the *Congressional Record*, unless requested by a Member of the House, have been included in acts funding the legislative branch.[21] Another provision limits the number of printed copies of the *U.S. Code* available to the House.[22] Amendments offered to the FY2015 legislative branch appropriations bill (H.R. 4487), which were agreed to in the House and included in the FY2015 act (P.L. 113-235), extend this prohibition to the *Statement of Disbursements* and the daily calendar and limit the number of printed copies of the *U.S. Code* provided to the House.[23]

# The Senators' Official Personnel and Office Expense Account (SOPOEA): Supporting Personnel, Office Expenses, and Mail for U.S. Senators

The Senators' Official Personnel and Office Expense Account (SOPOEA) is available to assist Senators in their official and representational duties.[24]

The allowance is provided for the fiscal year. The preliminary list of SOPOEA levels contained in the Senate report accompanying the FY2015 legislative branch appropriations bill (H.R. 4487,

---

[20] For additional information, see "Information Services for Members of Congress," GPO Publication 250.4, January 2009, pp. 2-3, available at http://www.gpo.gov/pdfs/congressional/InformationService.pdf.

[21] See, for example, P.L. 112-74.

[22] P.L. 113-76.

[23] H.Amdt. 647 and H.Amdt. 648 (113th Cong.).

[24] P.L. 100-137, October 21, 1987, 101 Stat. 814, 2 U.S.C. 6313.

S.Rept. 113-196) shows a range of $2,984,433 to $4,722,299.[25] The average allowance is $3,235,422.[26]

The SOPOEA for each Senator is calculated based on three components, including

- the *administrative and clerical assistance allowance*, which varies by state population. The preliminary figures in the FY2015 Senate report (S.Rept. 113-196) show this allowance varies from $2,385,439 for a Senator representing a state with a population under 5 million to $3,791,151 for a Senator representing a state with a population of 28 million or more;[27]

- the *legislative assistance allowance*, which is the same for all Senators. According to the FY2015 Senate report (S.Rept. 113-196), the legislative assistance component of the SOPOEA is $477,874;[28] and

- the *official office expense allowance*, which varies by state depending on the distance between Washington, DC, and the home state, the population of the state, and the official (franked) mail allocation. According to S.Rept. 113-196, the FY2015 office expense allowance component ranges from $121,120 to $453,274.

The three components result in a single SOPOEA authorization for each Senator that can be used to pay for any type of official expense. For example, each Senator can choose how much to allocate to travel versus personnel or supplies, although additional limits pertain to spending on franked mail. Mass mailings may not exceed $50,000 per fiscal year,[29] and additional official mail regulations may be established in statute, regulations and rules of the Senate, the Senate Committee on Rules and Administration, and the Senate Ethics Committee.[30]

The SOPOEA is funded within the "Contingent Expenses of the Senate" account in the annual legislative branch appropriations bills. This appropriations account has decreased in recent years, from $422.0 million in FY2010 to $390.0 million in FY2014, a decrease of 7.6%. The FY2015 Senate-reported legislative branch appropriations bill (H.R. 4487) and the FY2015 act (P.L. 113-235) continued the FY2014 level. This level represents the lowest funding since the $373.5 million provided in FY2008. This funding includes agency contributions for benefits provided to employees paid by the SOPOEA.

The SOPOEA is available only to support each Senator's official duties and may not to be used to defray any personal, political, or campaign-related expenses. Senators are responsible for the payment of any expenses that exceed the allowance.

---

[25] Total obtained from U.S. Congress, Senate Committee on Appropriations, *Legislative Branch Appropriations, 2015*, report to accompany H.R. 4487, 113th Cong., 2nd sess., S.Rept. 113-196 (Washington: GPO, 2014), pp. 21-22. The Senate reports on the legislative branch bill generally provide preliminary information on the allocation for Senators from each state.

[26] CRS calculation based upon state totals for all 100 Senators. Data provided in the Senate report are preliminary and do not include any supplementals, transfers, or rescissions.

[27] Ibid.

[28] Ibid.

[29] FY1995 Legislative Branch Appropriations Act, P.L. 103-283, July 22, 1994, 108 Stat. 1427, 39 U.S.C. 3210.

[30] Ibid., p. 21.

# Other Allowances

## Office Space in States, Including Mobile Office Space

Each Senator is authorized home state office space in federal buildings. In the event suitable office space is not available in a federal building, other office space may be secured. The cost of private space is not to exceed the highest rate per square foot charged by the General Services Administration (GSA).[31] The aggregate square footage of office space that can be secured for a Senator ranges from 5,000 square feet, if the population of the state is less than 3 million, to 8,200 square feet, if the state's population is 17 million or more.[32] There is no restriction on the number of offices.

Each Senator may lease one mobile office for use only in the state he or she represents, subject to limitations on the terms of the lease, the maximum annual rental payment, and reimbursable operating costs. No payment may be made for expenses incurred during the 60 days preceding a contested election.[33]

## Furniture and Furnishings in Washington, DC

Each Senator is authorized furniture and furnishings from an approved list. Furniture and furnishings are supplied and maintained by the Architect of the Capitol (for spaces in Senate office buildings) and the Senate Sergeant at Arms (for offices in the Capitol). Additional furnishings can be purchased through the Senate stationery store.

## Furniture and Furnishings in State Offices

Each Senator is authorized $40,000 for state office furniture and furnishings for one or more offices, if the aggregate square footage of office space does not exceed 5,000 square feet. The base authorization is increased by $1,000 for each authorized additional incremental increase in office space of 200 square feet.[34] Pursuant to the FY2000 Legislative Branch Appropriations Act, this allowance automatically increases at the beginning of each Congress to reflect inflation.[35] The aggregate dollar amount is the maximum value of furniture and furnishings to be provided by GSA for state office use at any one time. Furniture and furnishings remain GSA property.

## Office Equipment in Washington, DC, and State Offices

Each Senator may use certain basic office equipment allocated in accordance with the population of the state he or she represents and other criteria established by the Senate Committee on Rules and Administration.[36]

---

[31] 2 U.S.C. 6317(c).

[32] 2 U.S.C. 6317(b).

[33] 2 U.S.C. 6317(f).

[34] 2 U.S.C. 6317(c)(2).

[35] P.L. 106-57, 113 Stat. 412, September 29, 1999; 2 U.S.C. 6317(c)(2).

[36] For example, the Economic Allocation Fund, the Office Automation Allowance, and the Constituent Service System Fund.

### Government Publications

Each Senator is entitled to receive certain government publications and printed products. These include, for example, copies of the daily *Congressional Record,* one copy of *Deschler's Precedents,* various manuals and directories, and public document franked envelopes.[37]

### Online Publication of Senate Disbursement Records

All SOPOEA expenditures are required to be published in the semiannual *Report of the Secretary of the Senate*.[38] The report is available at http://www.senate.gov/legislative/common/generic/report_secsen.htm.

## Compensation of Members and Selected Congressional Officers and Officials: Tables

**Table 1** and **Table 2** list the compensation for Members of Congress, officers elected by the House and Senate, and officials appointed by House and Senate leadership.

**Table 1. Members, Officers, and Officials of the House: Selected Salaries**

| | |
|---|---|
| Speaker of the House | $223,500 per annum |
| Majority and Minority Leaders | $193,400 per annum |
| All other Representatives (including Delegates and Resident Commissioner From Puerto Rico) | $174,000 per annum |
| Chief Administrative Officer | $172,500 per annum |
| Clerk of the House | $172,500 per annum |
| Sergeant at Arms | $172,500 per annum |
| Chaplain | $172,500 per annum |
| Legislative Counsel | $172,500 per annum |
| Law Revision Counsel | $172,500 per annum |
| Parliamentarian | $172,500 per annum |
| Inspector General | $172,500 per annum |
| Director, Interparliamentary Affairs | $172,500 per annum |
| General Counsel to the House | $172,500 per annum |

**Source:** For salaries of Members of Congress, P.L. 113-235 and U.S. President (Obama), "Adjustments of Certain Rates of Pay," Executive Order 13686, signed December 19, 2014, *Federal Register*, vol. 79, p. 77361; for salaries of officers and officials of the House, Order of the Speaker of the House of Representatives, implementing a pay increase for House employees, effective January 9, 2009, issued January 9, 2009 (contained in 2 U.S.C. 4532). Estimates may also be obtained by examining the quarterly *Statement of Disbursements of the House.*

---

[37] For additional information, see "Information Services for Members of Congress," GPO Publication 250.4, January 2009, pp. 2-3.

[38] P.L. 111-68, October 1, 2009, 123 Stat. 2026, 2 U.S.C. 4108.

**Table 2. Members, Officers, and Officials of the Senate: Selected Salaries**

| | |
|---|---|
| President pro tempore | $193,400 per annum[39] |
| Majority and Minority Leaders | $193,400 per annum |
| All other Senators | $174,000 per annum |
| Secretary of the Senate | $172,500 per annum |
| Sergeant at Arms and Doorkeeper | $172,500 per annum |
| Legislative Counsel | $172,500 per annum |
| Legal Counsel | $172,500 per annum |
| Parliamentarian | $171,315 per annum |
| Chaplain | $157,100 per annum[40] |

**Source:** For salaries of Members of Congress and Level IV of the Executive Schedule, P.L. 113-235 and U.S. President (Obama), "Adjustments of Certain Rates of Pay," Executive Order 13686, signed December 19, 2014, *Federal Register*, vol. 79, p. 77361; and, for salaries of officers and officials of the Senate, the Order of the President pro tempore, implementing a pay increase for Senate employees, effective January 1, 2014, issued January 27, 2014 (contained in 2 U.S.C. 4571). Estimates may also be obtained by examining the semi-annual *Report of the Secretary of the Senate.*

# Compensation Limits: Committee and Member Office Employees

The salary of Members of Congress has been frozen since 2009, and the maximum annual salary for many categories of congressional staff has also remained unchanged.

## House of Representatives[41]

The maximum annual salary for employees of committees, as revised in the 2009 pay order, is $172,500 for up to three staff members (two majority and one minority); $170,696 for up to nine staff members (six majority and three minority); and a maximum of $168,411 for other staff. The salary of an employee in a Member office may not exceed an annual rate of $168,411.

---

[39] The U.S. Constitution provides that the Vice President shall serve as President of the Senate, and that when the Vice President is absent from the Senate, the President pro tempore presides in his place. During a vacancy in the position of the Vice President, the President pro tempore is considered the temporary, full-time President of the Senate and is paid the salary level due the Vice President ($230,700) (2 U.S.C. 6111).

[40] Pursuant to P.L. 100-202, the Senate Chaplain is paid the same as officials in Level IV of the Executive Schedule (2 U.S.C. 6651), although the 2014 Order of the President pro tempore also states "that such annual rate of compensation may not at any time exceed the rate equal to the difference between the annual rate of compensation for a position referred to in section 2(a) [the Secretary of the Senate, the Sergeant at Arms and Doorkeeper, and the Legislative Counsel] and $11,713."

[41] U.S. Congress, House, Order of the Speaker of the House of Representatives, implementing a pay increase for House employees, effective January 9, 2009, issued January 9, 2009 (contained in 2 U.S.C. 4532). This is the most recent publicly available order. The chairman of the House Committee on Appropriations may establish the salaries for 24 staff, seven of which are to be designated by the ranking minority party Member.

## Senate[42]

The maximum annual salary for committee employees, as continued since the 2009 pay order, is $171,315. The salary of an employee in a Senator's office may not exceed an annual rate of $169,459.

## Author Contact Information

Ida A. Brudnick
Specialist on the Congress
ibrudnick@crs.loc.gov, 7-6460

---

[42] U.S. Congress, Senate, Order of the President pro tempore, implementing a pay increase for Senate employees, effective January 1, 2014, issued January 27, 2014 (contained in 2 U.S.C. 4571).