

114th Congress, 1st Session · The House is not in session

# Employment Information



Thank you for visiting the U.S. House of Representatives Employment Opportunities Web site.

The U.S. House of Representatives is an equal opportunity employer. All applicants will be considered without regard to race, color, national origin, religion, sex (including marital or parental status), disability, or age. Transportation and all related travel expenses associated with the interview and hiring process must be paid by the applicant.  Moving and related relocation expenses are not available. Continued employment with Officers and the Inspector General of the House of Representatives is contingent upon satisfactorily completing a criminal history records check. Employment with the U.S. House of Representatives is at-will.

## Learn About:

The House Vacancy Announcement and Placement Service ("HVAPS") assists House members, committees and leadership by posting job vacancies and maintaining a resume bank. HVAPS provides confidential referral of resumes when House offices request them. Learn more and submit your resume.

To apply for positions with House organizations, please follow the instructions in individual vacancy announcements. House organizations include House Officers—the Clerk, the Chief Administrative Officer, the Sergeant at Arms and the Chaplain—and the Inspector General.

U.S. House of Representatives Job Line - (202) 226-4504

U.S. House of Representatives vacancy announcement lists available in two locations:

First Call Service Center, Longworth House Office Building, Suite B227, (202) 225-8000

House Vacancy Announcement and Placement Service Office, Longworth House Office Building, Suite B-235, (202) 226-5836

Senate Employment Information - Senate Placement Office - Room SH-116 Hart Senate Office Building, (202) 224-9167

Job sites for Architect of the Capitol, Capitol Police and Library of Congress

Office of Personnel Management (USAJOBS)

Equipment Installation / Acceptance Notice

Guidelines for Procurement of Goods and Services

Procurement Instructions

Purchase Order Terms and Conditions

Vendor Payments

Standard Contract Clauses

U.S. House of Representatives
Washington, DC 20515
(202) 224-3121
TTY: (202)-225-1904
House Operating Status