UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAWRENCE GILDER,

                Plaintiff,

      -against-                                    **NOTICE OF MOTION**

JOHN P. GULLINO, both individually and in his capacity as    Index No.: 15-CV-04094
the Chairman of the DEMOCRATIC COMMITTEE OF           (KAM)(RER)
RICHMOND COUNTY, BOARD OF ELECTIONS IN THE
CITY OF NEW YORK, CLERK 1, CLERK 2 and CLERK 3,
said names being as of yet unidentified arties, JOHN and
JANE DOES 1-10, said names being fictitious; XYZ
ENTITIES, AND JOHN DOE(S) #1-10,

                Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the Declaration of Andrew L. Hoffman, Esq., dated October 15, 2015, with accompanying exhibits, Defendants John Gulino and the Democratic Party of Richmond County will move before the Hon. Kiyo A. Matsumoto of the United States District Court for the Eastern District of New York on a return date set by the Court, for an Order granting their motion to dismiss the Plaintiff's Complaint as against them in its entirety, pursuant to FED. R. CIV. P. 12(b)(6), together with such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that the movant intends to file and serve reply papers per the schedule set by the Court.

      **PLEASE TAKE FURTHER NOTICE** the party opposing must file its opposition papers per the schedule set by the Court.

Dated: October 15, 2015                           Respectfully Submitted,
       New York, NY

                                                     By:

/s/ Andrew L. Hoffman
Langweber McQuat, LLP
Andrew L. Hoffman, Of Counsel &
Richard M. Langweber, Esq.
261 Madison Ave., 12th Floor
New York, NY 10016
P: (646) 771-6772
F: (212) 736-3910
rlangweber@langwebermcquat.com
ahoffman@andrewhoffmanlaw.com
*Counsel to Defendants John P. Gulino, Esq., and the Democratic Committee of Richmond County*