UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAWRENCE GILDER,

              Plaintiff,

     -against-                             **DECLARATION**

JOHN P. GULLINO, both individually and in his capacity as    Index No.: 15-CV-04094
the Chairman of the DEMOCRATIC COMMITTEE OF    (KAM)(RER)
RICHMOND COUNTY, BOARD OF ELECTIONS IN THE
CITY OF NEW YORK, CLERK 1, CLERK 2 and CLERK 3,
said names being as of yet unidentified arties, JOHN and
JANE DOES 1-10, said names being fictitious; XYZ
ENTITIES, AND JOHN DOE(S) #1-10,

              Defendants.
-------------------------------------------------------------------X

       **ANDREW L. HOFFMAN**, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney admitted to practice law in the State of New York and am Of Counsel to Langweber McQuat, LLP.  As such, I am fully familiar with the facts and circumstances below.

2. I submit this Declaration in support of Defendants John Gulino and the Democratic Party of Richmond County's Motion to Dismiss, seeking dismissal of Plaintiffs' Complaint in its entirety, pursuant to FED. R. CIV. P. § 12(b)(6).

3. The By-Laws for the Democratic Committee are annexed as **Exhibit A**.

4. Plaintiff's Complaint with Exhibits is annexed as **Exhibit B**.

Dated: October 15, 2015                      Respectfully Submitted,
      New York, NY

                                                  By:

                                                  /s/ Andrew L. Hoffman
                                                  Langweber McQuat, LLP

        Andrew L. Hoffman, Of Counsel &
Richard M. Langweber, Esq.
261 Madison Ave., 12th Floor
New York, NY 10016
P: (646) 771-6772
F: (212) 736-3910
rlangweber@langwebermcquat.com
ahoffman@andrewhoffmanlaw.com
*Counsel to Defendants John P. Gulino, Esq., and the Democratic Committee of Richmond County*