CERTIFICATE OF OFFICERS
OF THE COUNTY COMMITTEE
OF THE DEMOCRATIC PARTY OF RICHMOND COUNTY, N.Y.


THIS IS TO CERTIFY that the members of the County Committee of the Democratic Party of Richmond County, New York, duly met on the 17th day of September, 2013 at 8:00 P.M. at the Excelsior Grand, 2380 Hylan Blvd, Borough of Staten Island, City and State of New York, and thereupon duly organized itself as such Committee and did then and there elect the following officers:

**COUNTY CHAIR**
John P. Gulino............................................. 66 Douglas Road, Staten Island, NY 10304

**FIRST VICE-CHAIR**
John N. Sollazzo......................................44 Holden Boulevard, Staten Island, NY 10314

**SECOND VICE-CHAIR**
Elizabeth N. Sunshine.................................... 68 Pierpont Place, Staten Island, NY 10314

**TREASURER**
Philip Blitz...........................................404 Oakland Avenue, Staten Island, NY 10310

**SECRETARY**
Belinda Dixon........................................ 168 6D Brabant Street, Staten Island, NY 10303

**EXECUTIVE SECRETARY**
Michelle Akyempong ........................................ 115 Pond Way, Staten Island, NY 10303


DATED: September 17, 2013

_____
County Chair

_____
Presiding Secretary



# DEMOCRATIC COMMITTEE
## *of* RICHMOND COUNTY

35 New Dorp Plaza Staten Island, NY 10306
Tel: 718 983-5009 Fax: 718-983-5541
E-mail: sidemocrats@yahoo.com Web: www.sidemocrats.net

**JOHN P. GULINO**
**County Chairman**

September 19th, 2013

NYS Board of Elections
40 Steuben Street
Albany, New York 12207

To The NYS Board of Elections,

A meeting of the Executive Committee and the Democratic County Committee of
Richmond County, New York was held on Tuesday evening, September 17, 2013.
I am enclosing a copy of the By-Laws, which underwent a change.

Thank you.
Yours truly,

John P. Gulino
County Chairman

Belinda Dixon
Secretary

Article I
GENERAL PROVISIONS

SECTION 1
     All duly enrolled Democratic voters of each Election District of the County of Richmond shall have the right to participate in the organization of the Democratic Party of Richmond County.

SECTION 2
     The duly enrolled Democratic voters of each Election District shall choose members of the County Committee at the Primary Election.

SECTION 3
     The management of the affairs of the Democratic Organization of Richmond County shall be, and is hereby, vested in the County Organization and when that committee is not actually in session, in the Executive Committee of the County Organization, without limitation, except as otherwise provided by law or these By-Laws (also referred to as Rules), in the same manner as though the County Committee was acting while in session.

ARTICLE II
MEMBERSHIP OF THE COUNTY COMMITTEE

SECTION 1
     The County Committee shall have general authority over the organization of the Democratic Party in Richmond County except as otherwise provided by law or by these By-Laws.

SECTION 2
     The members of the County Committee shall be elected biennially, by the enrolled Democratic voters in each Election District, in Richmond County, at the Primary Election in each odd numbered year.

SECTION 3
     Each member of the County Committee shall be an enrolled Democrat and a resident of the Assembly District containing the Election District from which such member is elected.

SECTION 4
     The County Committee in each county shall be constituted by the election in each Election District within such county of at least two members and such additional members not in excess of two (2) as the rules of the County Committee within the county or statements filed pursuant to section 2-103 of the Election Law may provide for such district, proportional to the party vote in the district for Governor at the past preceding gubernatorial election, pursuant to statute.

     If the number of votes in such Election Districts cast on the Democratic line for the Governor at the last preceding gubernatorial election shall have exceeded 350, the Election District shall be entitled to one additional member of the County Committee for every 50 votes, or major portion thereof, over 350 but not in excess for two additional members.

SECTION 5
     In case of the death, declination, enrollment in another party, disqualification, relocation from the Assembly District or removal (as herein defined) from office as a member of the County Committee, or the failure to elect a member, the vacancy created shall be filled by an enrolled voter of the party, qualified for election from the Assembly District from which such vacancy shall have occurred, seized by the Chair of the County Committee. The term of such appointed members shall commence immediately upon appointment and continue until the adjournment of the next meeting of the County Committee, when vacancies are to be filled, as part of the business of the meeting by a voter of the members of the County Committee or by the filling of such vacancy by the election of a

1

new member as provided in Art. II, Section 2. Provided, however, that where the failure to elect a member is the result of a tie, the vacancy shall be filled at the Organizational meeting by the other members from that election district. If the vacancy is not filled by the remaining elected committee in the District, then the entire County Committee shall fill the vacancies from those who originally tied, at the Organizational meeting.

**SECTION 6**
      Any member of the County Committee may be removed from such office or membership for good cause shown, by a two-thirds vote of the Executive Committee. Any officer or member may be suspended by a specially created sub-committee of the Executive Committee in accordance with the rules of State Democratic Party, until a meeting of the Executive Committee when the Executive Committee must act to remove or end the suspension. The Executive Committee must meet not later than thirty days after such suspension is made.

**SECTION 7**
      Voting in the County Committee shall be regulated by the following rules:

    (a)    each member shall be entitled to one vote, except as hereinafter provided.

    (b)    A member of the County Committee may authorize a proxy only in the case of a bi-county, county convention held outside of the County of Richmond. Said proxy may only be given to a member of the Richmond County Committee. Such proxy may be general or limited and must be in writing.

    (c)    A committee member may hold and cast not more than five (5) proxy votes at any one meeting.

    (d)    a proxy may only be revoked by the committee person personally appearing at the time of the convention and reporting the revocation to the secretary before any action is taken thereunder.

### ARTICLE III
### THE ORGANIZATIONAL MEETING
### OF THE COUNTY COMMITTEE

**SECTION 1**
      The County Committee shall meet within twenty (20) days after its election.

**SECTION 2**
      The Chair of the outgoing County Committee (also referred to as County Chair) shall issue the call for such meeting on at least 72 hours notice by mail, setting forth the time and place where the meeting is to be held. If such chair shall fail or refuse to issue the call for such meeting, the Executive Committee of the County Organization, by majority vote, shall issue the call for such meeting on at least 48 hours notice

**SECTION 3**
      At such organization meeting of the County Committee; the Chair of the Committee on Law and the Judiciary (formerly the Law Chair), or if unable to serve, such other person designated by the outgoing Chair of the County Committee shall preside until a Chair of the County Committee is elected by the new County Committee. The Secretary of the outgoing County Committee shall act as Secretary of the meeting until a Secretary is elected by the new County Committee. In the absence of the Secretary, the Chair of the outgoing County Committee shall designate a temporary Secretary until a new Secretary is elected.

**SECTION 4**

In the event there shall be a dispute or contest for membership, the presiding officer shall appoint a Committee on Contested Seats to determine and decide such contests.

## SECTION 5

At such organization meeting, the order of business shall include, in such order determined by the Presiding Officer.

Call to order; Reading the call; Roll Call; Appointment of Sergeants-at-Arms; Filling of vacancies; Election of Officers; Adoption of Rules; Adjournment.

## ARTICLE IV
## ADDITIONAL AND SPECIAL MEETINGS
## OF THE COUNTY COMMITTEE

### SECTION 1

Regular meetings of the County Committee shall be called at least twice a year. The Organizational meeting shall be considered a regular meeting.

### SECTION 2

Except as otherwise provided herein, the County Committee shall meet at the call of the County Chair who shall, by written notice mailed at least 72 hours in advance, inform the members of the time and place of such meeting. Said notice shall be mailed to each member at the address appearing on the certified list of members of the county committee, or at such other address as shall have been supplied to the Secretary by notice in writing.

### SECTION 2A

The County Chair shall call any Special Meeting of the County Committee within fourteen (14) days after receipt of a petition in writing signed by at least 100 members of the County Committee requesting that such meeting be called and setting forth the purpose of the special meeting. The meeting shall be called in the same manner as provided in Article IV Section 2.

### SECTION 3

The Executive Committee, by majority vote, may call a special meeting of the County Committee in the same manner as provided in the preceding section.

### SECTION 4

A quorum at all meetings of the County Committee for the purpose of transacting any business shall consist of seventy-five members. In the event a quorum is not present at any meeting, no action other than to adjourn said meeting shall be taken.

### SECTION 5

At the order of the presiding officer, all resolutions shall be reduced to writing before they may be voted upon at the meeting.

### SECTION 6

The County Committee shall not entertain any motion or resolution recommending any person for office where said office is not to be filled by the election of the people or the County Committee as provided by law or these rules.

### SECTION 7

New business not included in the call of a meeting shall be included in the order of business at additional or special meetings in the following manner:

3

(a)    By petition in writing signed by a majority of the members of the Executive Committee and submitted to the County Chair at least 10 days in advance of the meeting.

(b)    By introduction from the floor by any member of the County Committee, in which event the County Chair may immediately place such item on the agenda or may refer such item of new business to the Executive Committee for report and action at the next meeting of the County Committee, unless such decision of the County Chair to refer such item to the Executive Committee is appealed to the floor and overruled by a two-thirds vote.

**SECTION 8**

The order of business at any additional or special meeting shall include, in such order, to be determined by the presiding officer:

Call to order, Reading of call; Roll Call; Filling vacancies on County Committee; Treasurers Report and Committee    Reports; The business of the meeting as designated in the call; New business; Adjournment.

## ARTICLE V
## OFFICERS OF THE COUNTY COMMITTEE

**SECTION 1**

The officers of the County Committee are to be elected after the Primary Election to be held in odd number years, all of whom shall respectively hold office for the full term for which the County Committee is elected, shall be:

(1)    County Chair
(2)    First Vice-Chair
(3)    Second Vice-Chair
(4)    Treasurer
(5)    Secretary
(6)    Executive Secretary

All duly enrolled Democratic voters shall be eligible for election to any office of the County Committee except, that in the offices of First and Second Vice-Chair, one Vice-Chair shall be male and one Vice-Chair shall be female, and the Chair of the County Committee need not be a member of the County Committee.

**SECTION 2**

The Chair of the County Committee shall preside at all meetings of the County Committee and shall be ex officio member of all Committees. The County Chair shall appoint the members of all other committees unless other provisions are herein made, and designate their chair.

**SECTION 3**

The First Vice-Chair shall preside at meetings in the absence of the Chair. In the event of a vacancy in the office of Chair, the First Vice-Chair shall exercise the powers and perform the duties of the office until a new Chair shall be elected and take office.

**SECTION 4**

The Second Vice-Chair shall preside at meetings in the absence of the Chair and First Vice-Chair. In the event of a vacancy in the office of Chair and First Vice-Chair, the Second Vice-Chair shall exercise the powers and perform the duties of the office of Chair until a new Chair shall be elected and take office.

4

## SECTION 5

The Secretary shall keep full and accurate minutes of all proceedings of the County Committee, and shall prepare a roll of the members with their respective places of residence and to notify the members of the time and place of all meetings. In addition, the Secretary shall perform such duties pertaining to his office as may be assigned by the County Chair.

## SECTION 6

The Treasurer shall receive and hold in trust all funds of the Committee; keep a correct account thereof; pay all bills that have been approved by the Chair, the Financial Chair, or by the Executive Committee; render an account of the funds whenever called upon to do so by the County Committee or by these By-Laws.

## SECTION 7

During the months of January and July in each year, the Treasurer shall make to the Executive Committee a written report of income and expenses for the previous six months, and make such reports available at meetings of the County Committee.

## SECTION 8

The Executive Secretary shall be the Secretary of the Executive Committee, and perform such other duties of secretarial nature as may be assigned by the Chairperson other than the duties and functions performed by the Secretary of the County Committee.

## SECTION 9

There shall be five (5) Sergeants-at-Arms who having been elected by the County Committee, shall assist in preserving and maintaining order at all meetings and shall promptly execute the orders of the Chairperson or the presiding officer.

## SECTION 10

A vacancy in any office of the County Committee as set forth in Section 1 of this Article shall be filled for the remainder of the term by the Executive Committee of the County Committee within 30 days after such vacancy shall occur.

## ARTICLE VI
### DISTRICT LEADERS

## SECTION 1

(a)      There shall be two (2) Districts in each Assembly District located entirely in Richmond County and one District in any portion of an Assembly District located in Richmond County. Each of such Districts shall consist of the Election Districts set forth in the statement to be filed pursuant to Art.2-120 of the Election Law.

(b)      There shall be elected at the same Primary Election and for the same term as members of the County Committee one (1) male District Leader and one (1) female District Leader from each District.

(c)      All such District Leaders shall be enrolled voters of the Democratic Party and shall reside and within the District from which they are to be elected.

## SECTION 2

5

Vacancies in the positions of District Leaders shall be filled for the remainder of the term by the members of the County Committee within the District. Said election to be held at the call of the County Chairperson within 60 days after such vacancy shall have occurred.

## ARTICLE VII
## EXECUTIVE COMMITTEE

### SECTION 1

There shall be an Executive Committee consisting of the elected officers set forth in Article V, Section 1, the District Leaders, the duly elected State Committee members, the Chair of the Committee on Law and the Judiciary (formerly the Law Chair) serving for the same term as the elected officers, and not more than fourteen (14) at-large members appointed by the Chair of the County Committee and remaining at his discretion. The Executive Committee shall also include the following officers of four standing committees of the County Committee: Chair of the Committee on Campaigns and Elections; Chair of the Committee on Youth Organizations;  the Chair of the Financial Committee; and the Chair of the Policy Committee. These four chair members, shall serve at the discretion of the County Chair, with each committee charged with the oversight and development of a quadrennial plan and the obligation of making annual report to both the County Committee and Executive Committee. The duties and responsibilities of all of the Standing Committees of the County Committee are defined in Section 6 (a)-(e).

### SECTION 2

The Executive Committee shall meet at least four times per year, at the call of the Chairperson of the County Committee or by a majority of the members of the Executive Committee. Notice of such meetings unless waived by a majority of the Executive Committee shall be given at least 48 hours in advance.

### SECTION 3

At meetings of the Executive Committee three-fifths (3/5) of the members of such Executive Committee shall constitute a quorum for the transaction of business, except that in the case of filling vacancies in any office of the County Committee as provided in Article V, Section 10, two-thirds (2/3) of the members shall constitute a quorum.

### SECTION 4

In conducting the business which may come before the Executive Committee, the vote of a majority of those present shall be sufficient.

### SECTION 5

In addition to the duties and functions set forth in Article 1, Section 3 hereof, the Executive Committee shall receive reports from all committees and when appropriate, make recommendations and take action with respect thereto, act on all matters referred to it by the Chairperson of the County Committee and interview Candidates for public and party offices and make recommendations with respect thereto to the County Committee.

### SECTION 6

Standing Committees of the County Committee are created to provide the Executive Committee and Party with stability and growth throughout an entire election cycle, the ranking members of each of these committees is appointed and charged with developing a four year plan coinciding with coming electoral quadrennial. The appointed ranking officers shall serve as members of the Executive Committee and shall remain as members of the Executive Committee until successors are named.

(a)     The Financial Committee:  Shall be responsible for the fundraising function of the Party.  The Financial Committee may establish and administer a Political Action Committee on the Federal, State and City levels. It shall also be charged with assuring compliance with financing rules and have the power to conduct compliance audits involving any committee or officer of the County or Executive Committee. The chair of this committee shall

6

be appointed by the Chair of the County Committee and serve as member of the Executive Committee. Membership shall include such members of the County Committee appointed by the Committee Chair.

(b)    The Committee on Campaigns and Elections:  Shall plan and direct and supervise all activities of the Party in all general elections, including the preparation, distribution, of campaign literature and media; publicity for the Party, the planning of rallies and campaign events; the maintaining of election research and voting data and the arranging and hiring of qualified Democratic voters to serve as election inspectors and poll watchers.  The chair of this committee shall be appointed by the Chair of the County Committee and serve as member of the Executive Committee.  Membership shall include such members of the County Committee appointed by the Committee Chair.

(c)    The Committee on Youth Organizations:  Shall be composed of members of the County and Executive Committees between the ages of 18 and 36 appointed by the County Chair.  The committee shall develop and maintain programs and activities for the encouragement of the participation of Youth in the Party.  The chair of this committee shall be appointed by the County Chair and serve as member of the Executive Committee.

(d)    The Committee on Law and the Judiciary:

(i)  In addition to the standing committees described above, there shall also be a Committee on Law and the Judiciary.  This Committee, through its chair, shall advise the County Committee and Executive Committee and all other bodies and officers of the County Committee on any question of law relating to the discharge of any duty and report on matters of a legal nature.

(ii)  The Committee on Law and the Judiciary shall be chaired by the Chair of the Committee on Law and the Judiciary (formerly the Law Chair) and said committee shall consist of the Chair of said committee and it shall also consist of at least six additional members of the bar of the State of New York, residing in Richmond County, five of whom shall be appointed by County Chair and the Chair of the Committee on Law and the Judiciary and serve at the discretion of the County Chair.  The Committee on Law and the Judiciary shall, either as composed, or by the inclusion of other members as it shall designate, as the Judicial Screening Panel, by majority vote, arrange and conduct the screening of candidates for judicial office and delegates for judicial convention.

(iii)  Two of the seven members of the Committee on Law and the Judiciary shall be the Chair of the Committee on Law and the Judiciary and a Deputy Chair.  The Deputy Chair shall be appointed by the County Chair and serve at said Chairs discretion and the Deputy shall also serve as an additional member of the Executive Committee. The Committee Chair shall be charged with developing and promulgating rules and procedures under which Judicial Screening will take place and shall act as Administrator of the Judicial and Delegate Screening Panel. The deputy chair shall yield and defer to the chair of the committee.

(iv)  The Judicial Screening Panel, through the Chair of the Committee on Law and the Judiciary shall report to the County Chair and the Executive Committee on all qualified applicants, for Judicial Office and as delegates. Provided that if the number of qualified applicants, at the time the committee issues its report, exceeds three times the number of vacancies, the Screening Panel shall report as approved only a number of the most qualified applicants, not less than two times the number of said vacancies.

(v)  The Screening Panel shall also be charged with the screening of incumbent judges and justices completing terms, and eligible for reelection or reappointment.  However, by majority vote, the Panel may choose to deem as approved only the said incumbent seeking a new term and the Chair of the Law Committee or his designee shall report to the County Chair or Executive Committee.

(e)  The Policy Committee shall be composed of the County Chair, the two Vice Chairs and the Chair of the Policy Committee and such additional members as appointed by the County Chair, who shall serve at the discretion of the County Chair.  The Policy Committee may make recommendations to the Executive Committee concerning the public role of the Democratic Party, concerning developing ways to better serve the People of Richmond County and with permission from the Executive Committee be permitted to publicize the activities of the Party on behalf of the Chair.

7

## SECTION 7

Should the Executive Committee fail to comply with State and National Democratic Party mandates for gender balance, the Chair of the County Committee is empowered to appoint such other members of the County Committee to the Executive Committee in order to achieve such balance, with such appointments remaining in effect until gender balance is achieved by appointment or election as described herein.

## SECTION 8

Any member of the Executive Committee may be removed from such office or membership for good cause shown, a two-thirds vote of the remaining Executive Committee. Any officer or member may be suspended by a special created sub-committee of the Executive Committee in accordance with the rules of State Party, until a meeting of the Executive Committee when the Executive Committee must act to remove or end the suspension. The Executive Committee must meet not later than thirty days after such suspension is made.

## ARTICLE IX
## NOMINATIONS FOR PUBLIC OFFICE

## SECTION 1

Whenever a party nomination, other than a nomination required to be made at a Primary Election, is to be made for a public office to be filled at a General or Special Election (a) such nomination shall be made by the County Committee if for a public office to be filled by the voters of a political sub-division comprising the County of Richmond and any vacancy in a nomination so made shall be filled by the Executive Committee or by a sub-committee thereof appointed by the Executive Committee for that purpose, and (b) such nomination shall be made by the members of the County Committee of the appropriate sub-division thereof if for a public office to be filled by the voters of a political sub-division wholly within, but embracing only a part of, the County of Richmond, however if by reason of impossibility, impracticability, severe hardship, in the judgment of the County Chair, or the failure to reach a quorum at a sub-division Convention, the County Chair may call a special meeting of the Executive Committee to fill the nomination in the same manner as a vacancy; and any vacancy in a nomination so made shall be filled by a sub-committee appointed by said Executive Committee for that purpose.

## SECTION 2

Whenever a sub-division of the County Committee takes action with respect to a Party nomination for public office referred to in Article 9, Section (b) the voting power of each member shall be in proportion to the Democratic Party vote for Governor at the last preceding gubernatorial election in the Election District from which such member was elected, or in case the boundaries of any such district have been changed since the last preceding gubernatorial election, in such manner that such vote for Governor cannot be determined, or in case any new Election District has been created since such election, in proportion to the Democratic Party vote cast for Member of Assembly in such district, as the case may be, or in the event there was no election for Member of Assembly subsequent to such change, then in proportion to the Party enrollment in such district.

## SECTION 3

8

Whenever the Chair of the County Committee, by reason of Article I, Section 2 (e) (ii), of the Rules of the Democratic Party of the State of New York is a member of a District Committee of a political subdivision lying partly in Richmond County and partly in another County or Counties which is required to make a Party nomination for public office, he or she may at his or her sole discretion convene a meeting of the members of the County Committee for the part of such political sub-division within Richmond County, to be held no later than five (5) days before the last day provided by law for filing a certificate of such Party nomination; he or she may at his or her sole discretion consult with such members of the County Committee and in carrying out his or her duties as a member of the District Committee for such sub-division, for the purpose of obtaining an advisory opinion in accordance with New York State Democratic Party Rules. Nothing contained herein shall preclude the Chairperson of the County Committee from cooperating with the Chairperson of the County Committee of each other County or Counties containing part of such political sub-division in convening a joint meeting of all the County Committee members from such political sub-division, and from acting in accordance with the advice of a majority of those present and voting at such joint meeting, in lieu of convening a meeting of the County Committee for the part of such political subdivision within Richmond County as aforesaid.

## ARTICLE X
## CONFLICTS

### SECTION 1

In the event of any conflict between these rules and the Election Law of the State of New York or the New York State Democratic Party Rules or the National Democratic Party Rules the Election Law or respective party rules shall prevail.

## ARTICLE XI
## AMENDMENT

### SECTION 1

These Rules may be amended from time to time by a majority of the members of the County Committee present at a meeting at which there is a quorum, provided a copy of the proposed amendments shall be sent with the notice of the meeting at which such amendments are to be proposed, such notice shall be mailed not less than five days before such meeting, to the post office address of each member of the County Committee.

### SECTION 2

On all matters of procedure not specifically covered by these Rules, Robert's' Rules of Order currently in use shall be the parliamentary guide.

99 SEP 24  PM 6: 25
RECEIVED
B.O. BD OF ELECTIONS
IN THE CITY OF N.Y.