# Langweber McQuat, LLP.

ATTORNEYS AT LAW
261 MADISON AVENUE, 12th FLOOR
NEW YORK, NEW YORK 10016

Telephone: (212) 736-3935           Email: ahoffman@andrewhoffmanlaw.com
Fax: (480) 247-5806

_____

October 15, 2015

VIA REGULAR MAIL

The Honorable Kiyo Matsumoto
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Lawrence Gilder v. John Gulino, et. al.</u>,
       15-CV-04094-KAM-RER; Party Defendants' 12(b)(6) Motion Package

Your Honor:

Pursuant to Rule C(1)(c) of the Court's Rules, enclosed you will find two courtesy copies of the Party Defendants' Motion Package. Each package includes:

- Notice of Motion
- Declaration in Support
- Memorandum of Law w/ Exhibits
- Declaration of Service

                                   Respectfully submitted,

                                   _____**/s/**_____
                                   Andrew L. Hoffman, Of Counsel
                                   Langweber McQuat LLP

CC: Richard A Luthman, Esq.

    A.C.C. Stephen Kitzinger