# THE LUTHMANN LAW FIRM, PLLC

A Boutique Law Practice
1811 Victory Boulevard
Staten Island, NY 10314
Tel: (718) 447-0003 ● Fax: (347) 252-0254
rluthmann@luthmannfirm.com

Manhattan Office
New Location:
49th and Madison
New Jersey Office
33 Wood Avenue South
Suite 600
Iselin, NJ 08830

Richard A. Luthmann*°+Δ Φ ºΩ

°Licensed to practice in New York
*Licensed to practice in New Jersey
+LL.M. in Estate Planning
Δ Admitted, US Tax Court
Φ Admitted, District of New Jersey
º Admitted, Eastern District of New York
Ω Admitted, Southern District of New York

**By CM / ECF**

July 21, 2016

The Honorable Kiyo Matsumoto
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    <u>Gilder v. Gulino et al.</u>
               15-CV-04094-KAM-RER

Dear Judge Matsmoto,

      These offices represent the above-referenced Lawrence E. Gilder ("Mr. Gilder"), the plaintiff in the above-referenced matter. Following up on our letter dated May 12, 2016, this letter shall serve to inquire about the status of the pending motion to dismiss by the several defendants. The motion was fully submitted in December of last year. If the Court requires anything further to aid in decision on the motion, including oral argument, Mr. Gilder stands ready, willing and able to assist.

If you have any questions regarding the foregoing, please do not hesitate to contact these offices.

Respectfully submitted,

/S/ Richard A. Luthmann, Esq.
Richard A. Luthmann, Esq.

CC:  Client File
     Andrew Hoffmann, Esq.
     Stephen Kitzinger, Esq.

---

THE LUTHMANN LAW FIRM, PLLC                                                2