UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAWRENCE E. GILDER,                                                JUDGMENT
                                                                   15-CV- 4094 (KAM)

                        Plaintiff,

        -against-

JOHN P. GULINO, both individually,
and in his capacity as Chairman of
that DEMOCRATIC COMMITTEE OF
RICHMOND COUNTY, BOARD
OF ELECTIONS IN THE CITY OF NEW
YORK, CLERK 1, CLERK 2, AND CLERK
3, said names being fictitious; XYZ
ENTITIES 1-10, said names being
fictitious,

                        Defendants.
------------------------------------------------------------X

        A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States

District Judge, having been filed on September 30, 2016, granting Defendants' motions to

dismiss; ordering that because the Court dismisses all federal claims in this action with

prejudice, the Court declines to exercise supplemental jurisdiction over any remaining state law

claims; and directing the Clerk of Court to enter judgment in favor of Defendants; it is

        ORDERED and ADJUDGED that Defendants' motions to dismiss are granted;

that because the Court dismisses all federal claims in this action with prejudice, the Court

declines to exercise supplemental jurisdiction over an remaining state law claims; and

**JUDGMENT** 15-CV-4904 (KAM)

that judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated: Brooklyn, New York                     Douglas C. Palmer
      September 30, 2016                        Clerk of Court

                                       by:     *Brenna B. Mahoney*
                                               Brenna Mahoney
                                               Chief Deputy for
                                               Court Operations