UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LAWRENCE E. GILDER,                                                          1:15-cv-04094-KAM-RER

                     Plaintiff,                                              **NOTICE OF APPEAL**

   -against-

JOHN P. GULINO, both individually and in his capacity as the Chairman of the DEMOCRATIC COMMITTEE OF RICHMOND COUNTY, DEMOCRATIC COMMITTEE OF RICHMOND COUNTY, BOARD OF ELECTIONS IN THE CITY OF NEW YORK, CLERK 1, CLERK 2 and CLERK 3, said names being as of yet unidentified parties, JOHN and JANE DOES 1-10, said names being fictitious; XYZ ENTITIES 1-10, said names being fictitious,

                     Defendants.
-----------------------------------------------------------X

      Notice is hereby given that LAWRENCE E. GILDER hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable Kiyo A. Matsumoto, U.S.D.J., entered in this action on the 30th day of September, 2016.

Dated: Staten Island, New York
       October 4, 2016

                                                          Respectfully submitted,

                                                          /s/ RICHARD A. LUTHMANN
                                                          _____
                                                          Richard A. Luthmann, Esq.
                                                          THE LUTHMANN LAW FIRM, PLLC
                                                          1811 Victory Boulevard
                                                          Staten Island, NY 10314
                                                          Tel.: (718) 447-0003
                                                          Fax: (347) 252-0254 (not for service)